# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)**

**Case Name**

**Counsel submitting this form**

**Represented party/ parties**

*Briefly describe the dispute that gave rise to this lawsuit.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**        1        Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

<div style="border:1px solid black; height:500px;"></div>

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

<div style="border:1px solid black; height:200px;"></div>

**Signature** [_____] **Date** [_____]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**          *2*          *Rev. 12/01/2018*