No. 23-16164

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,

*Plaintiffs-Appellees*,

v.

ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi,

*Defendant-Appellant*.

On Appeal from the United States District Court for the District of Hawaiʻi
No. 1:23-cv-00265-LEK-WRP, Hon. Leslie E. Kobayashi

---

## ADDENDUM (VOLUME 2 of 2)

---

ANNE E. LOPEZ
  *Attorney General of the State of Hawaiʻi*
KALIKOʻONĀLANI D. FERNANDES
  *Solicitor General*
NICHOLAS M. MCLEAN
  *First Deputy Solicitor General*
STATE OF HAWAIʻI
DEPARTMENT OF THE ATTORNEY GENERAL
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

NEAL KUMAR KATYAL
DANA A. RAPHAEL
  *Special Deputy Attorneys General*
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
(202) 637-5600
neal.katyal@hoganlovells.com

MARY B. MCCORD
RUPA BHATTACHARYYA
SHELBY B. CALAMBOKIDIS
  *Special Deputy Attorneys General*
INSTITUTE FOR CONSTITUTIONAL
  ADVOCACY & PROTECTION
Georgetown University Law Center
600 New Jersey Avenue N.W.
Washington, D.C. 20001
(202) 661-6607
mbm7@georgetown.edu

BEN GIFFORD
  *Special Deputy Attorney General*
INSTITUTE FOR CONSTITUTIONAL
  ADVOCACY & PROTECTION
Georgetown University Law Center
PO Box 211178
Brooklyn, NY 11221
(202) 662-9835
bg720@georgetown.edu

*Attorneys for Defendant Anne E. Lopez, in her official capacity as
Attorney General of the State of Hawai'i*

# **TABLE OF CONTENTS**

<div align="right">Page</div>

II *Digest of Laws Relating to State Parks* 190 (§ 8), 195 (§ 6), 201 (§ 5),
205 (No. 4, § 3), 221 (No. 4, § 3), 228 (§ 8), 236 (art. II, § 15),
255 (No. 4, § 7), 264 (No. 3) (Nat'l Park Serv. 1936) (Rules and
Regulations for New York State Parks)............................................ Add. 334

II *Digest of Laws Relating to State Parks* 283 (Nat'l Park Serv. 1936)
(Regulations of Public Hunting Grounds in North Carolina)............ Add. 361

III *Digest of Laws Relating to State Parks* 321, § 5 (Nat'l Park Serv.
1936) (Rules and Regulations for Ohio State Parks) ........................ Add. 370

III *Digest of Laws Relating to State Parks* 360, § 2 (Nat'l Park Serv.
1936) (Representative Rules and Regulations for Rhode Island) ..... Add. 372

III *Digest of Laws Relating to State Parks* 396-97 (Nat'l Park Serv.
1936) (Excerpts from Regulations Governing Park Personnel,
and Instructions to Park Visitors, in Virginia).................................. Add. 374

*First Biennial Report of the Mississippi State Board of Park Supervisors*
105, § 8 (1939)................................................................................. Add. 379



# DIGEST OF LAWS

## RELATING TO

## STATE PARKS

### VOLUME II

## MISSOURI - NORTH CAROLINA

## UNITED STATES DEPARTMENT OF THE INTERIOR

### NATIONAL PARK SERVICE

1936

Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015068573180
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

| | |
|---|---|
| Care for and display aquatints. | To have the care and custody of and the duty of displaying, maintaining and preserving the collection of aquatints, colored prints and engravings of Niagara Falls and of the books relating thereto bequeathed to the State (L. 1934); |
| Sell surplus materials. | Sell and cause to be removed from the reservation all structures, machinery and materials thereon belonging to the State, not required to afford free and convenient access to the reservation, nor for restoring the scenery of the Niagara Falls to and preserving in its natural condition. |
| Limitation on obligations. | No debt or other obligation may be created by the Commissioners exceeding the amount of money at their disposal at the time; nor may they, or any of them, or any other person, have power to create any debt, obligation, claim or liability except by their express authority. |
| Gifts of property. | Real and personal property may be granted, conveyed, bequeathed, or devised to and taken by the State in aid of the purposes of such reservation or other State parks and parkways under the jurisdiction of the Commissioners, or to increase the same, and on such trusts or conditions as may be prescribed by the grantors or devisors thereof, provided the same be accepted by the Commissioners. |
| Purpose of State reservation. | The State reservation at Niagara is to be forever reserved by the State for the purpose of restoring the scenery at Niagara Falls and preserving it in its natural condition, and to be kept open and free of access to all mankind without fee, charge or expense to any person for entering or passing to or over any part thereof. |

IV.  RULES AND REGULATIONS - NIAGARA FRONTIER STATE PARK.

1.  Parks under the jurisdiction of this Commission shall be closed at such hours as the Commission shall decide and notices to the public shall be posted to that effect.

2.  Children under twelve years of age must be accompanied by an adult or guardian when on park property.

3.  No dogs shall be allowed on park property except on leash, and shall not be allowed in bathing areas under any circumstances.

4.  No person shall remove, cut, break, or in any way injure or destroy any tree, shrub, plant, flower, or turf within the park system, or interfere with any wild life therein.  Nor shall any person dig, remove, carry away or cause to be carried away any turf, sand, earth, rocks, or material of any kind.  Nor shall any person destroy, defile, or deface any park property.

Generated at Georgetown University on 2023-10-04 15:43 GMT  /  https://hdl.handle.net/2027/mdp.39015068573188
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google



Original from
UNIVERSITY OF MICHIGAN

2-Add-335

5. Papers, garbage, and refuse of all kinds shall be placed in the receptacles provided for that purpose.

6. No person shall post or affix, or cause to be posted or affixed any printed or written bill, placard, sign, advertisement, or other notice upon any tree, post, fixture or structure within the park system. Nor shall any person deface, damage, or destroy any notice of the rules, regulations, ordinances or signs for the Government of said park system which shall have been posted by order of the Commission.

7. No picnics shall be held upon park property except at such places as are designated by signs.

8. The following acts and activities are prohibited within the park areas under jurisdiction of this Commission except by permit:-
The possession of any firearms and fireworks of any kind; making or building fires except in fireplaces provided by park authorities; carrying any musical instrument; carrying or displaying flags, banners, placards of any kind; delivering speeches or orations; holding parades or other demonstrations; conducting religious or other ceremonies; soliciting alms or contributions for any purpose; the taking of commercial equipment for the taking of motion and sound pictures.

9. No person shall disobey an order of a park patrolman or other park official when such official is engaged in the enforcement of a State or park ordinance; nor shall he use bad, obnoxious or indecent language, nor act in a disorderly or suspicious manner.

10. No intoxicating liquors or beverages shall be brought, caused to be brought, or drunk within the limits of the State parks, nor shall any intoxicated person enter or remain upon any portion of the park system, except that intoxicating liquors and beverages may be sold by such persons and at such places as may be specifically authorized by the Niagara Frontier State Park Commission.

11. No booth, tent, stall, stand, or other structure shall be erected for any purpose, and no begging, hawking, peddling, advertising, or soliciting shall be done; nor any article or service be advertised, or caused to be advertised or offered for sale, or hire, within the property limits of lands under the jurisdiction of this Commission, except by written permit of the Commission.

12. No commercial vehicles, or any vehicle displaying any advertising placard or advertisement of any kind, shall be driven within the park or over the parkways of said park system for advertising, demonstration, or other purposes.

13. Motorists shall obey all signs regulating traffic placed in the parks and along the parkways under the jurisdiction of this Commission. In no instance shall a vehicle be operated at a greater rate of speed than thirty (30) miles per hour. Where one direction in roads is designated, traffic in the opposite direction is prohibited. Bus and taxicab parking areas will not be for the use of privately owned vehicles. All vehicles must be parked in parking areas provided.

190


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015068573108
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

2-Add-336

Cooperation with Pennsylvania.

In case the State of Pennsylvania acquires lands adjoining the boundaries of said park and parkways to be used for similar purposes, may cooperate with the said State for the joint control and operation of the park and the adjoining lands in Pennsylvania; also connect roads with roads laid out in the State of Pennsylvania, and to maintain the lands within the State of New York so that the same may form a continuous park;

Connecting roads.

Lay out, construct and maintain roads between and connecting any separate portion of the parks and parkways, and for the purpose acquire rights of way upon and across any intervening lands;

Accept gifts of money or property.

May receive by gift, devise or contribution money to be used in acquiring and improving lands; also receive and administer for park purposes any gift or devise of personal property or any land or rights in land outside the defined park areas and adjoining the same;

Dams.

May dam the streams within the parks, except the main stream of the Allegany River;

Cuba reservation.

Are vested with immediate jurisdiction and control of the Cuba reservation; the said reservation to be preserved and maintained for reservoir and camping purposes. May make rules and regulations necessary for the use and preservation of the property; make leases or renewals thereof of lots of land adjacent to or surrounding the reservoir for terms not to exceed five years, and permit the erection of structures by the lessees with the privilege of removal during the terms of the lease; to fix the terms and conditions upon which leases are to be made; arrange for sanitation, and provide for the removal of waste matter and to charge lessees of lots therefor.

Note: The Commissioners may supply electric power to dwellings, cottages, camps and concessionaires located upon Allegany State Park, collecting the price agreed upon. Op. Atty. Gen. (1932) 361.

Commissioners of Allegany State Park have authority to cut and sell timber on park lands. Op. Atty. Gen. (1929) 140.

VI. RULES AND REGULATIONS - ALLEGANY STATE PARK COMMISSION.

1. PRESERVATION OF PROPERTY AND NATURAL FEATURES.

(a) No person shall injure, deface, disturb or befoul any part of the Park owned by the State; nor any building, sign, equipment or other property found on Park lands owned by the State; nor shall any tree, flowering plant, shrub, rock or other mineral be injured or destroyed on, or removed from such lands without the permission of the Commissioners.

197

Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015068573188
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google


Original from
UNIVERSITY OF MICHIGAN

(b) No person shall throw any lighted cigar, cigarette, match or other inflammable substance from any automobile or other vehicle within the area of the Park.

(c) Whenever by reason of drought any forests of the Park are in danger of fire, the Commissioners may close such forests to all persons.

2. GARBAGE, SEWAGE, REFUSE AND OBNOXIOUS MATERIAL.

No person shall deposit in any part of the Park, on lands owned by the State, any garbage, sewage, refuse, waste or other obnoxious material otherwise than in receptacles provided for the purpose or by other sanitary disposal.

3. TRAFFIC.

(a) No person shall operate, or cause to be operated, any motor or other vehicle over or upon Park controlled roads at a rate of speed in excess of twenty-five (25) miles per hour.

(b) No person shall park or store any motor car, motorcycle, bicycle, wagon or other vehicle on Park controlled roads or on lands owned by the State except in places designated for the purpose.

(c) Whenever the Commissioners shall, by suitable signs, indicate lines of traffic upon Park controlled roads, no person shall break such lines or move out of his place therein.

4. CAMPING REGULATIONS.

(a) No camps shall be maintained for any period except at such places as may from time to time be designated for camping and no fires shall be lighted at any time in any part of the Park on lands owned by the State except in places designated for the purpose.

(b) No unnecessary noise shall be made in any of the camping areas between the hours of 11:00 P.M. and 6:00 A.M. during the camping season, except in places designated by the Commissioners for entertainment between those hours.

(c) No person shall reconstruct, alter or change in any way any camp, cabin or other building or equipment owned by the Park and rented or loaned by them except by written permission of the Commissioners.

(d) No person shall use or occupy any cabin, camp or other building or structure in the Allegany State Park on lands owned by the State without a written permit. Such permit to be in the form of a rental receipt or a letter from an executive officer or Commissioner.

(e) The purchase, sale or possession of gasoline in other than red metal containers with the word "Gasoline" conspicuously displayed thereon, is forbidden. This rule does not apply to sale of gasoline for use in automobiles when pumped directly into automobile gasoline tank.

Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015068573180
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google
Digitized by Google
Original from UNIVERSITY OF MICHIGAN

(f) Every person twelve years of age or older in each party making use of Park camping facilities, cabins or campsites must register with the rental clerk.

5. COMMERCIAL ENTERPRISES.

(a) No person shall, without a permit from the Commissioners, sell or offer for sale within the Park on lands owned by the State, any property or privilege whatsoever, nor shall any person to whom property of the Park has been intrusted for personal use, hire, lease or rent out the same to another person.

(b) No person shall take photographs or moving pictures within the Park camping areas for the purpose of selling negatives or prints therefrom without having first obtained a permit from the Commissioners.

(c) No person shall operate a bus, taxicab or other vehicle for the transportation of passengers or property for hire on the Park controlled roads without having obtained a permit from the Commission.

6. FIREARMS.

(a) No firearms may be used or possessed within the Park area by visitors or used by residents except by special permission of the Commissioners.

(b) No target or trapshooting allowed in the Park except by written permission of the Commissioners, or an executive officer.

7. HUNTING AND FISHING.

(a) No person shall hunt, pursue with dogs, trap or in any other way molest any of the wild birds or beasts found within the Park except by permission of, and in a manner specified by the commission.

(b) No person shall fish in any of the Park streams except by written permission of the Commissioners.

8. PUBLIC NUISANCE.

(a) Gambling in the Park is prohibited and no person shall bring into the Park or have in his possession while there, any implement or device commonly used or intended for gambling purposes.

(b) No person shall sell or attempt to sell any beer, wine, whiskey or other intoxicating liquor or beverage within the area of the Park except by permission of the Commissioners.

9. SIGNS.

No sign or notice shall be erected or posted at any place in the Park on lands owned by the State, without permission in writing from the Commissioners.

Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015068573108
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

 Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

2-Add-339

Purpose of parks
and parkways.

Such reservations, parks and parkways are to be forever
reserved and maintained by the State for the use and en-
joyment of the public; it being the duty of the Commission
to preserve the reservations, parks and parkways in their
natural condition so far as may be consistent with their
use and safety, and to improve them in such manner as not
to lessen their natural scenic beauty (as amended 1930).

Note: Violations of rules and regulations of a State
Park Commission are misdemeanors trialable in courts of
special sessions. Fines imposed belong to the town, and
if the Commission requires counsel it may call upon the
district attorney of the county. (1930) Op. Atty-Gen.307.

X. RULES AND REGULATIONS - FINGER LAKES STATE PARKS COMMISSION.

1. ADVERTISING AND SOLICITATION - No person or organization shall post or dis-
tribute advertising matter or orally advertise or sell or offer for sale any
merchandise, tickets, service or any other thing of value; or solicit within
the park areas in connection with things to be sold or provided outside of the
park or while operating a boat for hire, to land or receive passengers at a
park dock or wharf, or to operate boats for hire on park waters. No person or
organization shall solicit alms or contributions for any purpose.

2. PAYMENT OF CHARGES - No person or organization shall make use of or attempt
to make use of the park facilities such as pay parking areas, camping facili-
ties, boathouse facilities, or any other facility for the use of which a charge
is made by the Commission, except after payment of the charge or price fixed
by the Commission.

3. ANIMALS - No person shall cause or permit any animal owned by him, except
dogs restrained by leash and/or horses on roads, driveways, and bridle paths,
to enter any park or property under the jurisdiction of the Commission, and
each such animal found at large may be seized and disposed of by employees of
the Commission. Dogs shall not be allowed at bathing areas under any circum-
stances.

4. DISORDERLY CONDUCT - No person shall disobey an order of a park patrolman,
superintendent, caretaker, State trooper, local policeman or constable, when
such officials are engaged in enforcing State or local laws or the Rules and
Regulations of this Commission, or use threatening, abusive or insulting lan-
guage to such officials. No person shall injure, steal or molest park proper-
ty, including flowers, plants, shrubs and trees, do any obscene act, throw
stones or missiles, obstruct roads, walks or docks, set off fireworks of any
nature, engage in brawls or fights, annoy or assault other persons, be under
the influence of intoxicants, throw or deposit bottles, glass, cans, garbage,
refuse or litter in any place except the receptacles provided for that purpose,
enter or remain within any park area after the hour officially designated for
the closing of such park for the night, park vehicles in any place except the
duly designated parking areas and in accordance with the instructions of the
park officials in charge of such parking areas, or do any other act that may
be a source of danger to park property or annoyance and interference with the
public using the parks.

300


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Generated at Georgetown University on 2023-10-04 15:43 GMT  /  https://hdl.handle.net/2027/mdp.39015068573188
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

2-Add-340

5. HUNTING AND FIREARMS - No person shall carry or have in his possession any gun, firearms, ammunition, or explosives and no person shall hunt or trap within or from the park areas except when especially authorized by the Commission to do so. No person shall engage in fishing, spearing or netting in waters restricted by the Commission against such uses.

6. FIRE DANGER - No person shall start or maintain a fire except in the fireplaces provided for that purpose or at places especially indicated by the official in charge of the park and all fires shall be continuously under the care of a competent person. No person shall allow any fire to injure or destroy any shrub, tree or branches thereof or discard or throw away lighted matches, cigarettes or cigars in such a manner as to create a fire risk of any sort. In addition to the fines or penalties provided for the violation of these Rules and Regulations, any person responsible for fire damage or loss of park property, including trees and vegetation, shall pay to the Commission the full cost of restoring such property to its original condition.

7. SPORTS - Boating or landing of boats within a bathing area is forbidden and all persons operating boats shall conform strictly to the instructions of the official in charge of the park as to the limits of such areas. No person shall operate toilets on a boat or throw refuse or litter into the water in the near vicinity of such bathing areas. Any person **bathing** in waters not specifically designated as bathing areas and protected by lifeguard service shall do so entirely at their own risk, and if observed, may be ordered by park officials to cease such bathing. Bathing without proper bathing suits, or undressing and dressing outside of duly provided bath-houses and/or in the public view is prohibited. Games of various kinds shall be played only at places provided for such games. No camp shall be maintained in any park except under permit obtained from the park superintendent and at such places and for such periods as he may designate. No skating or use of frozen-over waters shall be permitted except after the ice has been declared safe by the park official in charge.

8. MEETINGS - No person or organization shall hold or conduct any meeting involving ceremonies, speeches, religious services, performances or entertainments except after obtaining a permit to do so.

9. OMNIBUSES, TAXIS, AND TRUCKS - No omnibuses, taxis or trucks shall operate within property controlled by the Commission except by duly authorized permit and the procedure and conduct of persons operating such vehicles shall at all times be strictly in accordance with the instructions of the park official in charge. The rate of speed for any motor vehicle being operated within the park area shall not be such as will endanger the public and in no case in excess of 30 miles per hour.

10. LOST AND FOUND ARTICLES - Any person finding or taking possession of any personal property of which such person is not the owner, shall deliver the same immediately to the Park Superintendent or to the headquarters of the Commission at Ithaca, N. Y., and losers of such property shall apply to the said Superintendent of park headquarters for restoration of articles.

301



Original from
UNIVERSITY OF MICHIGAN

**2-Add-341**

the same, and on such trusts and conditions as may be pre-
scribed by the grantors or devisors, provided the same be
accepted by the Commission. All such property to be main-
tained and controlled by the Commission, and the net rents,
income and profits to be used exclusively for the purpose
of improving the reservations and parks.

| | |
|---|---|
| Purpose of parks and parkways. | Such parks and parkways are to be forever reserved and maintained for the use and enjoyment of the public, it being the duty of the Commission to preserve the reservations and parks in their natural condition so far as may be consistent with their use and safety, and to improve them in such manner as not to lessen their natural scenic beauty. |

XII. RULES AND REGULATIONS - CENTRAL NEW YORK STATE PARKS COMMISSION.

ORDINANCES

Ordinance No. 1

Definitions

Section 1. Definition of terms. Whenever used in any Central New York State
Parks Commission Ordinance, the following respective terms, unless otherwise
therein expressly defined, shall mean and include each of the meanings herein
respectively set forth.

(a) "Park" defined: The term park or parks, unless specifically limited,
shall be deemed to include all parks, parkways, spurs, open spaces,
roads, and boulevards, and also entrances and approaches thereto,
docks and piers, and bridges in, leading to or connecting such park
or parks or parts thereof and such other rights and appurtenances as
the Central New York State Parks Commission shall utilize whether the
same be now or hereafter owned or acquired by the State in fee or other-
wise.

(b) "Commission": The Central New York State Parks Commission, created by
authority of Chapter 193 of the laws of 1925, and Chapter 242 of the
laws of 1928.

(c) "Ordinance": Any ordinance duly adopted and posted as a Central New
York State Parks Commission Ordinance.

(d) "Owner": Any person, firm, association, co-partnership or corporation
owning, operating, or having the exclusive use of a vehicle, animal or
other property under a lease or otherwise.

(e) "Central New York State Parks Patrolman": Any person designated by the
Commission as a Central New York State Parks Patrolman and also State
Police assigned to the Central New York State Parks Commission.


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

2-Add-342

(f) "Bridle Path": Any path maintained for persons riding on horseback; "Foot Path or Trail": any path or trail maintained for pedestrians.

(g) "Permits": Any written license issued by or under the authority of the Commission permitting the performance of a specified act or acts.

(h) "Persons": Any natural person, corporation, company, association, joint stock association, firm or co-partnership.

(i) "Bathing Area": Any beach or water area designated as a bathing area.

(j) "Unnecessary Stopping": Bringing a vehicle to a complete stop on the road in a park or on a parkway other than in a parking place, or other than in conformity with traffic regulations and other than because of a defect in said vehicle.

Ordinance No. 2

Construction and Scope of Ordinance

Section 1. Construction. In the interpretation of Central New York State Parks Commission Ordinances, their provisions shall be construed as follows: (1) Any terms in the singular shall include the plural; (2) Any term in the masculine shall include the feminine and the neuter; (3) Any requirement or prohibition of any act necessarily performed by any officer or employee of the Commission in line of duty or work as such, or by any person, his agents or employees, in the proper and necessary execution of the terms of any agreement with the Commission; (5) Any act otherwise prohibited by Central New York State Parks Commission Ordinance, provided it is not otherwise prohibited by law or local ordinance, shall be lawful if performed under, by and to the extent authorized thereby, and (6) These ordinances are in addition to and supplement the State Vehicle and Traffic Laws which are in force in all parks and which are incorporated herein and made a part hereof.

Section 2. Territorial Scope. All Central New York State Parks Commission Ordinances shall be effective within and upon all State parks and parkways which may be under the jurisdiction of the Commission in the Counties of Broome, Chenango, Cortland, Madison, Onondaga, Oswego and Otsego, and shall regulate the use thereof by all persons.

Ordinance No. 3

Permits

Section 1. Permits. A permit to do any act shall authorize the same only insofar as it may be performed in strict accordance with the terms and conditions thereof. Any violation by its holder or his agents or employees of any term or condition thereof shall constitute grounds for its revocation by the Commission, or by its authorized representative, whose action therein shall be final. In case of revocation of any permit, all moneys paid for or on account thereof shall, at the option of the Commission, be forfeited to and be retained by it; and the holder of such permit, together with his agents and employees who violated such terms and conditions, shall be jointly and severally liable to the

Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015068573180
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

Commission for all damages and loss suffered by it in excess of money so forfeited and retained; but neither such forfeiture and retention by the Commission of the whole or any part of such moneys nor the recovery or collection thereby of such damages, or both, shall in any manner relieve such person or persons from liability to punishment for any violation of any provision of any Central New York State Parks Commission Ordinance.

## Ordinance No. 4

### Prohibited Uses

Section 1. Boating. Boating of any kind in a bathing area is forbidden except such boating as is necessary to keep such areas properly protected and policed. The use of privately owned boats or canoes on any park waters is prohibited.

Section 2. Protection of Bathing Area. No person shall throw, cast, lay or deposit any glass, crockery, or any part thereof or any metallic substance on any bathing area in or adjoining any park.

Section 3. Firearms. No person except employees or officers of the Commission shall carry firearms of any description within the park.

Section 4. Explosives. No person shall bring into or have in any park any explosive or explosive substance.

Section 5. Fires, Lighted Cigars, etc. No person shall kindle, build, maintain or use a fire other than in places provided or designated for such purpose except by special permit. Any fire shall be continuously under the care and direction of a competent person over sixteen years of age from the time it is kindled until it is extinguished. No person shall throw away or discard any lighted match, cigar, cigarette, or other burning object within, on or against any structure, boat, vehicle or enclosure, or under any tree or in underbrush or grass.

Section 6. Alms and Contributions. No person shall solicit alms or contributions for any purpose.

Section 7. Commercial Enterprises. No person shall, without a permit, do any of the following: - Sell or offer for sale, hire, lease or let out, any object of merchandise, or any other thing, whether corporeal or incorporeal; take photographs within the limits of any park for the purpose of selling the negatives thereof, or prints therefrom, or for the purpose of exhibiting negatives thereof, or prints therefrom in public; while operating a boat for hire, land or receive passengers at any dock or wharf under the jurisdiction of the Commission. No person to whom property of the park has been entrusted for personal use shall hire, lease or let out the same to any other person.

Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015068573180
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Purposes of parks and parkways. Such parks and parkways to be forever reserved and maintained by the State for the use and enjoyment of the public, it being the duty of the Commission to preserve such reservations and parks in their natural conditions so far as may be consistent with their use and safety and to improve them in such manner as not to lessen their natural scenic beauty.

XVIII. RULES AND REGULATION - TACONIC STATE PARK COMMISSION.

Ordinance Number One - Definitions.

Section 1. Definition of Terms. Whenever used in any Taconic State Park Commission Ordinance, the following respective words, phrases or terms, unless otherwise therein expressly defined or clearly limited by the contextør subject matter, are defined as follows:

(a) The term park shall be deemed to include all parks, parkways, spurs, open spaces, roads and boulevards and also entrances and approaches thereto, docks and piers, and bridges, in, leading to or connecting such park or parks thereof and such other rights and appurtenances in connection therewith as the Taconic State Park Commission shall utilize whether the same be now or hereafter owned or acquired by the State in fee or otherwise.

(b) "Commission": The Taconic State Park Commission, created by authority of Chapter 193 of the Laws of 1925, and Chapter 242 of the Laws of 1928.

(c) "Ordinance": Any ordinance duly adopted as a Taconic State Park Commission Ordinance.

(d) "Owner": Any person, firm, association, co-partnership or corporation owning, operating, or having the exclusive use of a vehicle, animal or other property under a lease or otherwise.

(e) "Park Patrolman": Any person designated by the Commission as a Park Patrolman and also State Police assigned to the Taconic State Park Commission.

(f) "Bridle Path": Any path maintained for persons riding on horseback; "Foot Path or Trail"; Any path or trail maintained for pedestrians.

(g) "Permits": Any written license issued by or under the authority of the Commission, permitting the performance of a specified act or acts.

(h) "Persons": Any natural person, corporation, company, association, joint stock association, firm or co-partnership.

(i) "Bathing Area": Any beach or water area designated as a bathing area.

(j) "Unnecessary Stopping": Bringing a vehicle to a complete stop on the road in a park or on a parkway other than in a parking space, or other than in conformity with traffic regulations and other than because of a defect in said vehicle.

Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015068573180
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google
Digitized by Google
Original from UNIVERSITY OF MICHIGAN

Ordinance Number Two - Construction and Scope of Ordinances.

Section 1.  Construction.  In the interpretation of Taconic State Park Commission Ordinances, their provisions shall be construed as follows:

(1)  Any term in the singular shall include the plural; (2)  Any term in the masculine shall include the feminine and the neuter; (3)  Any requirement or prohibition of any act shall, respectively, extend to and include the causing or procuring directly or indirectly, of such act; (4)  No provision hereof shall make unlawful any act necessarily performed by any officer or employee of the Commission in line of duty or work as such, or by any person, his agents or employees, in the proper and necessary execution of the terms of any agreement with the Commission; (5)  Any act otherwise prohibited by Taconic State Park Commission Ordinances, provided it is not otherwise prohibited by law or local ordinance shall be lawful if performed under, by virtue of and strictly within the provisions of a permit so to do, and to the extent authorized thereby, and (6)  These ordinances are in addition to and supplement the State Vehicle and Traffic Laws which are in force in all parks and which are incorporated herein and made a part thereof.

Section 2.  Territorial Scope.  All Taconic State Park Commission Ordinances shall be effective within and upon all State Parks and Parkways which may be under the jurisdiction of the Commission in the Counties of Putnam, Dutchess, Columbia and Rensselaer, and shall regulate the use thereof by all persons.

Ordinance Number Three - Permits.

Section 1.  Permits.  A permit to do any act shall authorize the same only insofar as it may be performed in strict accordance with the terms and conditions thereof.

Any violation by its holder or his agents or employees of any term or condition thereof shall constitute grounds for its revocation by the Commission, or by its authorized representative, whose action therein shall be final.  In case of revocation of any permit all moneys paid for or on account thereof shall, at the option of the Commission, be forfeited to and be retained by it; and the holder of such permit, together with his agents and employees who violated such terms and conditions, shall be jointly and severally liable to the Commission for all damages and loss suffered by it in excess of money so forfeited and retained; but neither such forfeiture and retention by the Commission of the whole or any part of such moneys nor the recovery or collection thereby of such damages, or both, shall in any manner relieve such person or persons from liability to punishment for any violation of any provision of any Taconic State Park Commission Ordinance.

Ordinance Number Four - Prohibited Uses.

Section 1.  Boating.  Boating of any kind in a bathing area is forbidden except such boating as is necessary to keep such areas properly protected and policed.  The use of privately owned boats or canoes on any park waters is prohibited except under permit.

336

Generated at Georgetown University on 2023-10-04 15:43 GMT  /  https://hdl.handle.net/2027/mdp.39015068573188
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google



Original from
UNIVERSITY OF MICHIGAN

2-Add-346

Section 2. Protection of Bathing Area. No person shall break, throw, cast, lay or deposit any glass, crockery, or any part thereof or any metallic substance in any park, except in receptacles provided for the purpose or as directed by Park employees.

Section 3. Firearms. No person except employees or officers of the Commission shall carry firearms of any description within the park.

Section 4. Explosives. No person shall bring into or have in any park any explosive or explosive substance.

Section 5. Fires, Lighted Cigars, etc. No person shall kindle, build, maintain or use a fire other than in places provided or designated for such purpose except by special permit. Any fire shall be continuously under the care and direction of a competent person over sixteen years of age from the time it is kindled until it is extinguished. No person shall throw away or discard any lighted match, cigar, cigarette, or other burning object within, on or against any structure, boat, vehicle, or enclosure, or under any tree or in underbrush or grass.

Section 6. Alms and Contributions. No person shall solicit alms or contributions for any purpose.

Section 7. Commercial Enterprises. No person shall without a permit, do any of the following: Sell or offer for sale, hire, lease or let out, any object or merchandise, or any other thing, whether corporeal or incorporeal. No person to whom property of the park has been entrusted i [illegible] onal [illegible] shall hire, lease or let out the same to any other person.

Section 8. Advertising. No sign or notice shall be erected or posted at any place in the park without permission in writing from the Commission; nor shall any musical instrument, radio, talking machine or drum be operated or any noise be made for the purpose of attracting attention to any exhibition of any kind nor in such a manner as to become a nuisance.

Section 9. Gambling. Gambling, games of chance and fortune telling within the park are prohibited; and no person shall participate in the conduct of a lottery, or use or operate any slot machine, or bring in to any park or have in his possession while there any implement or device commonly used or intended to be used, for gambling purposes.

Section 10. Aviation. No person shall voluntarily bring, land or cause to descend or alight within or upon any park, any aeroplane, flying machine, balloon, parachute or other apparatus for aviation, except under permit. Voluntarily in this connection will mean anything other than a forced landing.

Section 11. Meetings and Exhibitions. No person shall erect any structure, stand or platform, hold any meeting or exhibition, perform any ceremony, make any speech, or address, except by permit.

Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015068573180
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Cooperation with
New Jersey.
In laying out and maintaining the park, regard is to be given to the laying out and maintenance of such park as may be established by the State of New Jersey along the palisades and Hudson River, and so far as may be, lay out and maintain the park in such manner that a continuous park will be formed.

Note: The provisions of the Constitution (Art. 7, Sec. 7) that forest preserves are to be forever kept as wild forest lands only applies to land of the State now owned or hereafter acquired, and does not prevent the Commissioners of the Palisades Park from acquiring lands which a public service corporation has previously sought to condemn (1917) 164 N.Y.S. 430.

XX. RULES AND REGULATIONS - COMMISSIONERS OF THE PALISADES INTERSTATE PARK.

1. TERMS.

The term "Park" as used hereinafter means the New York Section of the Palisades Interstate Park. The term "Commissioners" means the Commissioners of the Palisades Interstate Park in the State of New York. The term "person" includes persons and corporations.

2. PRESERVATION OF THE PROPERTY AND NATURAL FEATURES OF THE PARK.

No person shall injure, deface, disturb or befoul any part of the Park nor any building, sign, equipment or other property found therein; nor shall any tree, flower, shrub, rock or other mineral be removed, injured or destroyed.

3. GARBAGE, SEWAGE, REFUSE AND OBNOXIOUS MATERIAL.

No person shall deposit in any part of the Park any garbage, sewerage, refuse, waste or other obnoxious material, otherwise than in receptacles or pits provided for such purpose.

4. TRAFFIC.

No person shall drive or propel, or cause to be driven or propelled, along or over any road within the Park any vehicle at a greater rate of speed than thirty five (35) miles per hour, nor around curves or between points so marked at a greater rate of speed than twenty (20) miles per hour.

No person shall move out of his place in any line of traffic at any time established by the Commissioners or by their authority on any of the Park roads.

No person shall park, or store any motor car, motorcycle, bicycle, wagon or other vehicle within the Park except in places designated for such purpose.

No vehicle shall be parked or operated in the Park after dark without lights.

No vehicle shall be parked in the Park after midnight except in places designated for such purpose.

Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015068573188
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

2-Add-348

5.  CAMPING.

No camps shall be maintained for any period except at such places as may from time to time be designated for camping.

No person shall camp at any place in the Park without first obtaining a permit for such purpose.

6.  FIRES.

No fires shall be lighted at any time in any part of the Park except in places designated for such purpose.

No person shall leave a fire until same has been completely extinguished.

7.  COMMERCIAL ENTERPRISES.

No person shall, without a permit from the Commissioners, sell or offer for sale within the Park any property or privilege whatsoever, nor shall any person to whom property of the Park has been entrusted for personal use, hire, lease or let out the same to any other person.

No person shall take photographs or moving pictures within the Park for the purpose of selling the negatives thereof or prints therefrom without having first received a permit from the Commissioners.

No person shall operate a bus, taxicab or other vehicle for the transportation of passengers or property for hire within the Park without having first received a permit from the Commissioners. No permit, however, shall be required for the operation of such vehicles from or to points outside the Park through the Park on State, County, State and County, or Town Highways, provided that no stops are made in the Park for the reception or discharge of passengers or property.

No commercial vehicle shall be allowed in the park except as specified above.

No person operating a boat for hire shall without a permit land or receive passengers at any of the docks owned or controlled by the Commissioners.

8.  FIREARMS.

No person, except employees or officers of the Commissioners, shall carry firearms of any description within the park. No unauthorized person shall carry any airgun, sling shot, bow and arrow, or any other device whereby a missile may be thrown.

9.  HUNTING, FISHING AND MOLESTING WILD LIFE.

No person within the confines of the Park, unless ordered by the Commissioners shall hunt, pursue with dogs, trap or in any other way molest any of the wild birds and beasts found within the confines of the Park.

No person shall fish in Queensboro Brook from the headwaters thereof to its inlet into Lake Nawauhunta.

228



Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015068573188
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google



Original from
UNIVERSITY OF MICHIGAN

2-Add-349

| | |
|---|---|
| Improve municipal lands. | With the consent of the local authorities having jurisdiction thereof, may improve, maintain and use the lands of any municipality adjoining any reservations, parks or parkways acquired; |
| Impound animals. | Seize and impound cattle or other animals roaming in, on or through any reservations, parks or parkways. |
| Use of funds appropriated. | Moneys appropriated for the carrying out of the provisions of the law may be used for the purpose of paying salaries, wages and all other necessary expenses incidental thereto. |

XXII. RULES AND REGULATIONS - WESTCHESTER COUNTY PARK SYSTEM

ARTICLE I

Definitions and Construction

Section 1. Definitions: Unless otherwise expressly stated whenever used in any park or parkway ordinance rule or regulation, the following terms shall respectively be deemed to mean:

(1) Beach. The shore and the lands contiguous thereto of any lake, pond, river, stream or other body of water within, abutting upon or adjacent to any park.

(2) Bronx Parkway Extension. Same as State Parkway.

(3) "City," "Town" or "Village". Any City, Town or Village wholly or partly within any portion of any park.

(4) Commission. The Westchester County Park Commission created by authority of Chapter 292 of the Laws of 1922 and the acts amendatory thereof and supplemental thereto, acting under authority vested in it under the provisions of Chapter 559 of the Laws of 1932.

(5) Crossing. Any crossing, whether marked by a pavement or otherwise, the extension or prolongation of any walk, path, footpath or sidewalk space across any intersecting drive, street, highway, or bridle path.

(6) Curb. Any boundary of any drive or bridle path, whether or not marked by a curbstone.

(7) Chauffeur. Shall mean any person who is employed for the principal purpose of driving a motor vehicle or who drives a motor vehicle while in use as a public or common carrier of persons or property.

(8) Driver. Any person who propels, operates, or is in charge of a vehicle.

(9) Drive. Any road, street, avenue, drive, access, parkway, roadway or boulevard maintained by the Commission or otherwise, for vehicular use, including the parts thereof under or over any bridge.

(10) Drive Intersection. Any area bounded by the side lines, real or projected, of one or more drives or streets, which meet or cross other drives or streets.

(11) Omnibus. Shall include any motor vehicle held and used for transportation of passengers for hire.

Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015068573180
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

(12) **Officer in Charge.** Any member of the State Police or any Peace Officer acting as such under the supervision and direction of the State Police.

(13) **One Way Drive.** Any drive whereon traffic is restricted to one direction.

(14) **Operator.** Shall mean any person other than chauffeur who operates or drives a motor vehicle or motorcycle on any parkway, drive or roadway.

(15) **Ordinance.** Any ordinance duly adopted and published as provided by Section 766 of Article 16, Subdivision 4 of Chapter 647 of the Laws of 1911, being Chapter 65 of the Consolidated Laws as amended by Chapter 559 of the Laws of 1932.

(16) **Owner.** Any person, firm, association, co-partnership or corporation owning, operating or having the exclusive use of a vehicle, under a lease or otherwise, for a period greater than thirty days.

(17) **Park.** The term "Park" or "Parks" unless specifically limited shall be deemed to include all public parks, parkways, reservations, beaches, open spaces, bodies of water, and boulevards, buildings, structures and concessions, owned or controlled by the State of New York in the County of Westchester, under the jurisdiction and control of the Westchester County Park Commission and also entrance and approaches thereto, and streets, roads, docks and bridges between, to, in, through or connecting such park or parks or parts thereof and such other rights and appurtenances as the Westchester County Park Commission shall utilize for the purposes as set forth in Chapter 693 of the Laws of 1923, Chapter 603 of the Laws of 1924, Chapter 16 of the Laws of 1926, Chapter 559 of the Laws of 1932, and the acts amendatory thereof and supplemental thereto, whether the same be now or hereafter owned or acquired, in fee or otherwise, or maintained or controlled by the State of New York.

(18) **Parking Place.** Any part of any drive or space in any park or reservation designated as a place for the standing of vehicles.

(19) **Park Waters.** The water of any lake, pond, river, stream or other body of water wholly or in part, in, upon, along or in front of any park or reservation.

(20) **Path.** (a) "Bridle Path." Any path in any park or reservation maintained for persons riding on horseback and so marked. (b) "Foot Path." Any path in any park or reservation maintained for pedestrians.

(21) **Pedestrian.** Shall include all persons making use of any drive or path for foot passage. (a) Equestrians shall include all persons making use of any drive, path or bridle path or any park area for passage on horse back.

(22) **Permit.** Any written authorization for the exercise of a specified park or reservation privilege issued by or under the authority of the Westchester County Park Commission permitting the performance of a specified act or acts.

(23) **Person.** Any natural person, corporation, company, association, firm or co-partnership.

(24) **Reservation.** Any lands or premises owned or controlled by the State of New York in the County of Westchester under the jurisdiction and control of the Westchester County Park Commission as agent for the State.

233


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015068573188
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

(25) Rule or Regulation. Any rule or regulation duly adopted and published as provided by Section 766 of Article 16, Subdivision 4 of Chapter 647 of the Laws of 1911 as amended by Chapter 559 of the Laws of 1932.

(26) Safety Zone. Any space (within any drive) established for pedestrians.

(27) State Police. Members of the State Police force created and existing under the provisions of Article 9-A of the Executive Law.

(28) State Parkway. The term "State Parkway" unless specifically limited shall be deemed to include all public parks, parkways, reservations, beaches, bodies of water, boulevards, buildings, structures and concessions owned or controlled by the State of New York, under the jurisdiction and control of the Westchester County Park Commission, and also entrances and approaches thereto and streets, roads, docks and bridges between, to, in, through or connecting such park or parks or parts thereof and such other rights and appurtenances as the Westchester County Park Commission shall utilize for the purposes as set forth in Chapter 693 of the Laws of 1923, Chapter 603 of the Laws of 1924, Chapter 16 of the Laws of 1926, Chapter 559 of the Laws of 1932, and the acts amendatory thereof and supplemental thereto, whether the same be now or hereafter owned or acquired, in fee or otherwise or maintained or controlled by the State of New York.

(29) Vehicle. Any conveyance (except a baby carriage) including a motor vehicle, also a bicycle, tricycle, pushcart or vehicle propelled by muscular power or otherwise, also any horse.

(30) Westchester County Park Commission. The Commission created and existing under the provisions of Chapter 292 of the Laws of 1922 and the acts amendatory thereof and supplemental thereto, acting as agent of the State of New York under and pursuant to the provisions of Chapter 559 of the Laws of 1932.

(31) Construction. In the interpretation of these ordinances, rules and regulations, their provisions shall be construed as follows:

1. Any term in the singular shall include the plural.
2. Any term in the masculine shall include the feminine and neuter.
3. Any requirement or prohibition of any act, shall respectively extend to and include the causing or procuring, directly or indirectly, of such act.
4. No provision hereof shall make unlawful any act necessarily performed by any officer or employee of the Westchester County Park Commission in line of duty or work as such, or by any person, his agents or employees, in the proper and necessary execution of the terms of any agreement with said Commission, and
5. Any act prohibited by these ordinances, provided such act be not otherwise prohibited by law or local ordinances shall be lawful, if performed under, by virtue of, and strictly within the provisions of a permit so to do, and to the extent authorized thereby.

Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015068573180
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google
Digitized by Google
Original from
UNIVERSITY OF MICHIGAN

ARTICLE II

General Provisions

Section 1. Advertising Prohibited. No person shall post, paint, affix, distribute, deliver, place, cast or leave about, any bill, placard, ticket, hand bill, circular, or advertisement; display any flag, banner, transparency, target, sign, placard, or any other matter for advertising purposes; or operate any musical instrument or drum for any purpose whatsoever in any park, or reservation, except under a permit.

Section 2. Air Rifles and Spring Guns. No person shall have or carry while in any park whether concealed or not concealed on his person, any pistol, air rifle, spring gun or other instrument or weapon in which the propelling force is air or a spring or other than an explosive except under a permit.

Section 3. Animals and Fish. No person shall molest, kill, wound, trap, hunt, take, chase, shoot or throw missiles at, remove, or have in his possession, any animal, mammal, reptile, bird, bird's nest or squirrel nest or remove the young of any such animal or the eggs or young of any fish, mammal, or bird, or knowingly buy, receive, have in his possession, sell or give away any such animal, mammal, bird or eggs so killed or taken, or shoot, discharge or throw missiles at any fish in any park waters, or place therein any piscivorous fish, poison or other substance injurious to fish. Nothing in this section contained, however, shall prohibit fishing in any park, reservation or park waters, except where signs are posted prohibiting the same, by persons duly licensed therefor during the open season as provided in the Conservation Law of the State of New York, and the acts amendatory thereof and supplemental thereto.

Section 4. Animals at Large. No unmuzzled dog shall be permitted in any park between the first days of June and November in any year. No person shall cause or permit any animal owned by him or in his custody or under his control, except a dog when restrained by a leash not exceeding six feet in length, to roam, go or be at large in, on or through any park, and any such animal so found at large may be seized and impounded or disposed of as provided by law or ordinance governing the disposal of stray animals on highways or other public places then in effect at the place where such stray animals may be seized.

Section 5. Aviation. No person shall bring, land or cause to descend or alight, within or upon any park or the waters therein, any aeroplane, flying machine, balloon, parachute or other apparatus for aviation.

Section 6. Basket Parties, Picnics and Eating on Beaches. No person shall hold a basket party or picnic or consume any foodstuffs in any park or on any beach except at those places specifically designated therefor.

Section 7. Board Walk and Park Walk. No vehicles, except baby carriages and wheel chairs shall be allowed or permitted on any boardwalk or park walk or path.

Section 8. Coasting. No person shall coast with hand sleds, bobs, carts or other vehicles, on wheels or runners, in any park except at such places as may be designated therefor.

335

Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015068573188
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by  Google

Original from
UNIVERSITY OF MICHIGAN

Section 9. Drains and Sewers. No person shall discharge directly or indirect-
ly into any opening or into any gutter leading into any sewer, receiving basin,
or drain, in or leading into any park, any sewage, oil, gas or vapor, or any
substance which may form a deposit tending to choke the same, or any volatile
inflammable liquid. (such liquid being liquid which will emit an inflammable
vapor at a temperature below 160 degrees Fahrenheit) or any steam or hot water
above 130 degrees Fahrenheit.

Section 10. Destruction and Injury of Park Property. No person shall remove,
cut, break, injure, deface or tamper with any tree, shrub or other plant, wild
or cultivated, grass, post, railing, chain, guard, lamp, lamp post, seat, table,
fire place, tree guard, building, hydrant, fountain, basin, water pipe, sewer,
drain, structure, drive, walk, lawn or other property in or upon any park or
park street or injure, remove, deface or destroy any sign, inscription, post or
safety device in any park.

Section 11. Dogs and Other Animals. Notwithstanding the provisions of Article
11, Section 4 of these ordinances, no dog or other animal shall be permitted on
any boardwalk, beach, pool area, or in, around, or upon any amusement device,
buildings or concessions.

Section 12. Explosives and Fireworks. No person shall bring into or have in
any park any fireworks or explosives including any substance, compound, mix-
ture or article having properties of such a character that alone, or in combina-
tion or contiguity with other substances or compounds, may decompose suddenly
and generate sufficient heat, gas or pressure, or any or all of them to produce
rapid flaming or combustion, or administer a destructive blow to surrounding
objects.

Section 13. Fires, Lighted Cigars, etc. No person shall kindle, build, main-
tain or use a fire, except under a permit, or in fireplaces provided by the
Westchester County Park Commission therefor, and so designated by signs. Any
fire shall be continuously under the care and direction of a competent person
from the time it is kindled until it is extinguished, and no fire shall be
built within ten feet of any shrub or building or beneath the branches of any
shrub or in any underbrush. No person shall deposit, throw away or discard any
inflammable material, lighted match, cigar or cigarette within, on or against
any building, structure, boat, car, vehicle or enclosure, or under any trees,
shrubs or in any underbrush or other park surface unless it be to deposit the
same in a suitable container provided for the reception thereof.

Section 14. Games. No person shall throw, cast, catch, kick or strike any
ball of any kind or other object except in places designated therefor.

Section 15. Guns, Rifles and Revolvers and Amunition Therefor. No person shall
have or carry while in any park whether concealed or not concealed on his person,
any pistol, gun, rifle, revolver or other firearms of any class or kind, or any
amunition therefor, except when so authorized by law.

Section 16. Repealed.

Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015068573188
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google



Original from
UNIVERSITY OF MICHIGAN

2-Add-354

and restrictions as the Commission may deem proper; but the Commission may grant to the county of Nassau or Suffolk, or to any municipal corporation therein, a license or an easement for any public purpose upon such terms and conditions and under such regulations and restrictions as it may deem just and proper; and in addition thereto, may grant licenses or easement to individuals, co-partnerships and corporations, including municipal corporations, to construct sewers, lay water and gas mains and electric conduits within and across such property, and for necessary entrances to parkways from adjoining property in cases where rights of way have been appropriated or condemned for parkway purposes prior to March 1, 1931, and provided that damages will be reduced by such grants;

Rules and regulations.

Is authorized and empowered to make suitable rules and regulations for the proper exercise of the powers and duties conferred and imposed upon it; to adopt ordinances for the government and use of the public reservations under its care, and to enforce observance of all rules, regulations and ordinances; and may from time to time change, modify or add to its rules and regulations, or amend its ordinances so as better to adapt them to the accommodation and comfort of the public using the State parks and parkways, the direction of traffic, the convenient distribution of visitors to the various facilities provided, and the meeting of emergencies arising in connection with the usage and operation of the State parks and parkway system.

XXIV. RULES AND REGULATIONS - LONG ISLAND STATE PARK COMMISSION

ORDINANCE NUMBER ONE

DEFINITIONS

Section 1. Definition of terms. Whenever used in any Long Island State Park Ordinance, the following respective terms, unless otherwise therein expressly defined shall mean and include each of the meanings herein respectively set forth.

(a) "Park" defined: The term "park" or "parks", unless specifically limited, shall be deemed to include all parks, parkways, spurs, open spaces and boulevards, and also entrances and approaches thereto, docks and piers, channels and bridges in leading to or connecting such park or parks or parts thereof and such other rights and appurtenances as the Long Island State Park Commission shall utilize whether the same be now or hereafter owned or acquired by the State in fee or otherwise.

(b) "Commission": The Long Island State Park Commission, created by authority of Chapter 112 of the Laws of 1924, and Chapter 242 of the Laws of 1926.

(c) "Ordinance": Any ordinance duly adopted, posted and published as a Long Island State Park Ordinance.

  Original from UNIVERSITY OF MICHIGAN

2-Add-355

(c) "Owner": Any person, firm, association, co-partnership or corporation owning, operating, or having the exclusive use of a vehicle, animal or other property under a lease or otherwise.

(e) "Long Island State Park Patrolman": Any person designated by the Commission as a Long Island State Park Patrolman and also State Police assigned to the Long Island State Parks.

(f) "Bridle Path": Any path maintained for persons riding on horseback.

(g) "Foot Path or Trail": Any path or trail maintained for pedestrians.

(h) "Permit": Any written license issued by or under the authority of the Commission, permitting the performance of a specified act or acts.

(i) "Person": Any natural person, corporation, company, association, joint stock association, firm or co-partnership.

(j) "Bathing Area": Any beach or water area designated as a bathing area; and including the water area adjacent to and within 1000 feet of the bathing beaches on the Atlantic Ocean, the bays along the shores of Long Island, and Long Island Sound.

(k) "Safety Zone": Any space within any drive in a park or parkway established for pedestrians.

(l) "Unnecessary Stopping": Bringing a vehicle to a complete stop on the road in a park or on a parkway other than in a parking place, or other than in conformity with traffic regulations and other than because of a defect in said vehicle.

(m) "Channel": Any body of water or part thereof which has been improved by or is under the jurisdiction of the Long Island State Park Commission and is designated as such on the State Boat Channel System maps of the Commission.

ORDINANCE NUMBER TWO

Construction and Scope of Ordinances
Section 1. Construction. In the interpretation of Long Island State Park Ordinances, their provisions shall be construed as follows: (1) Any term in the singular shall include the plural; (2) Any term in the masculine shall include the feminine and neuter; (3) Any requirement or prohibition of any act shall, respectively extend to and include the causing or procuring, directly or indirectly of such act; (4) No provision hereof shall make unlawful any act necessarily performed by any officer or employee of the Commission in line of duty or work as such, or by any person, his agents or employees, in the proper and necessary execution of the terms of any agreement with the Commission; (5) Any act otherwise prohibited by Long Island State Park Ordinances, provided it is not otherwise prohibited by law or local ordinance, shall be lawful if performed under, by virtue of and strictly within the provisions of a permit so to do, and to the extent authorized thereby, and (6) These ordinances are in addition to and supplement the State Vehicle and Traffic Laws and the State Conservation Laws which are in force in all parks and which are incorporated herein and made a part hereof.

253

Digitized by 

Original from
UNIVERSITY OF MICHIGAN

2-Add-356

Generated at Georgetown University on 2023-10-04 15:43 GMT  /  https://hdl.handle.net/2027/mdp.39015068573188
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Section 2. Territorial Scope
All Long Island State Park Ordinances shall be effective within and upon all
State Parks and Parkways in the Counties of Nassau and Suffolk, and shall regu-
late the use thereof by all persons.

ORDINANCE NUMBER THREE

Permits
Section 1. Permits. A permit to do any act shall authorize the same only inso-
far as it may be performed in strict accordance with the terms and conditions
thereof. Any violation by its holder or its agents or employees of any term
or condition thereof shall constitute grounds for revocation by the Commission,
or by its authorized representative, whose action therein shall be final. In
case of revocation of any permit, all moneys paid for or on account thereof
shall, at the option of the Commission, be forfeited to and be retained by it;
and the holder of such permit, together with his agents and employees who vio-
lated such terms and conditions, shall be jointly and severally liable to the
Commission for all damages and loss suffered by it in excess of money so for-
feited and retained; but neither such forfeiture and retention by the Commis-
sion of the whole or any part of such moneys nor the recovery or collection
thereby of such damages or both, shall in any manner relieve such person or
persons from liability to punishment for any violation of any provision of any
Long Island State Park Ordinance.

ORDINANCE NUMBER FOUR

Prohibited Uses
Section 1. Advertising Prohibited. No person shall post, plant, affix, dis-
tribute, hand out, deliver, place, cast or leave about, any bill, billboard,
placard, ticket, handbill, circular or advertisement; display any flag, banner,
transparency, target, sign, placard, or any other matter for advertising pur-
poses; or operate any musical instrument or drum, or cause any noise to be made,
for advertising purposes, or for the purpose of attracting attention to any ex-
hibition, performance, show or other purpose.

Section 2. Alms and Contributions
No person shall solicit alms or contributions for any purpose.

Section 3. Animals
No person owning or being custodian or having control of any animal shall cause
or permit such animal to enter any park, and any such animal found at large may
be impounded except however, that dogs properly muzzled and restrained by a
leash not exceeding six feet in length, may be brought into park areas, except
buildings, camping and bathing areas and improved walks or boardwalks and ex-
cepting also horses may enter parks as hereinafter provided. Any animals seized
as above provided or left in the custody of park employees in kennels provided
for such purposes and unclaimed within twenty-four (24) hours will be delivered
to a public pound.

Section 4. No person shall without a permit, do any of the following things:
Sell or offer for sale, hire, lease or let out, any object or merchandise or
any other thing whether corporeal or incorporeal; while authorize a boat for
hire, land or receive passengers at any dock or wharf under the jurisdiction
of the Commission; for advertising or publicity purposes, take moving pictures
or photographs within the limits of any park, or buy or sell or publish the
negatives thereof or the prints therefrom, or exhibit such negatives or prints

254



Original from
UNIVERSITY OF MICHIGAN

in public, or use pictures or photographs of any park, parkway or park structure.

Section 5. Disorderly conduct prohibited. Any person disobeying an order of a Long Island State Park Patrolman or the directions of any park sign, or using threatening, abusive or insulting language; doing any obscene or indecent act; throwing stones or other missiles; annoying persons; interfering with, encumbering, obstructing or rendering dangerous any drive, path, walk, dock, beach, or public place; doing any act tending to or amounting to a breach of the peace; climbing upon any wall, fence, shelter, seat, statue or other structure; entering or leaving any park area except at established entranceways or exists; introducing, carrying or firing any firecrackers, torpedoes, or fireworks; engaging in, instigating, aiding or encouraging a contention or fight, whether or not a ring or prize fight; assaulting any person; playing games of chance; participating in the conduct of a lottery or using or operating any slot machine, gaming table, or instrument, or bringing in to any park or having in his possession while there any implement or device commonly used, or intended to be used, for gambling purposes; selling fortunes or futures; spitting upon any walk, crossing, safety zone, structure, bridge, platform or stairway; casting, throwing or depositing on any walk, crossing, path, dock, safety zone, structure litter or other substance, shall be guilty of disorderly conduct.

Section 6. Explosives. No person shall bring into or have in said parks any explosive, including any substance, compound, mixture or article having properties of such a character that alone or in combination or contiguity with other substances or compounds, may decompose suddently and generate sufficient heat, gas or pressure or any or all of them, to produce rapid flame, combustion, or administer a destructive blow to surrounding objects.

Section 7. Firearms, Weapons and Tools. No person shall have or carry, whether or not concealed upon his person, any pistol or revolver, or any instrument or weapon commonly known as a toy pistol, or in which or upon which loaded or blank cartridges may be used, or any loaded or blank cartridges, or ammunition therefor, except when so authorized by law. No person shall bring into any park, or have in his possession therein, any rifle, shotgun, or fowling piece, or any air gun, spring gun, or other instrument or weapon in which the propelling force is a spring or air.

Section 8. Fires, Lighted Cigars, etc. No person shall kindle, build, maintain or use a fire except in fireplaces provided for the purpose or under special permit. Any fire shall be continuously under the care and direction of a competent person over twenty-one years of age from the time it is kindled until it is extinguished, and no fire shall be built within ten feet of any tree, or building, or beneath the branches of any trees or in any underbrush. No person shall throw away or discard any lighted match, cigar or cigarette within, on or against any building, structure, boat, car, vehicle or enclosure, or under any tree or in underbrush or grass, unless it be to deposit the same in a suitable container provided for the reception thereof.

Section 9. No person shall, between one-half hour after sunset and one-half hour before sunrise, loiter, in a vehicle or otherwise, except under permit or at places designated therefor.

Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015068573180
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

| | |
|---|---|
| Conservation power. | Provide for the protection and propagation of fish and game in the parks, and for the reforestation of the areas; |
| Gifts of property. | Real and personal property may be granted, conveyed, bequeathed or devised to and taken by the State for the purposes of such reservations and parks, or to increase the same, and on such trusts and conditions as may be prescribed by the grantors or devisors, provided the same be accepted by the Commission; all such property to be maintained and controlled by the Commission, and the net rents, issues, income and profits to be paid into the State Treasury; |
| Appropriations. | Moneys appropriated for the care and maintenance of such reservations and parks and for carrying out the provisions of law is to be paid out of the State Treasury to the Treasurer of the Commission. |
| Purposes of parks. | Such parks and reservations are to be forever reserved and maintained by the State for the use and enjoyment of the public; it being the duty of the Commission to preserve the same in their natural condition so far as may be consistent with their use and safety, and to improve them in such manner as not to lessen their natural scenic beauty. |

XXVI. RULES AND REGULATIONS - THOUSAND ISLAND STATE PARK COMMISSION.

UNDER THE AUTHORITY GRANTED BY THE CONSERVATION LAW AND OTHER LAWS OF THE STATE OF NEW YORK TO MAKE AND ENFORCE RULES AND REGULATIONS IN CONNECTION WITH THE MANAGEMENT OF THE THOUSAND ISLANDS STATE PARKS, THE THOUSAND ISLANDS STATE PARK COMMISSION HEREBY GIVES NOTICE THAT THE FOLLOWING RULES AND REGULATIONS HAVE BEEN ENACTED AND ARE NOW IN EFFECT. THESE RULES AND REGULATIONS SHALL APPLY TO ALL PARKS, PARKWAYS, LANDS AND WATERS UNDER THE JURISDICTION OF THIS COMMISSION, AND ARE IN ADDITION AND SUPPLEMENTARY TO ALL EXISTING STATE AND LOCAL LAWS. ANY ACT PROHIBITED BY THESE RULES AND REGULATIONS SHALL BE DEEMED LAWFUL WHEN DONE UNDER AUTHORITY OF A PERMIT ISSUED BY THE COMMISSION.

No. 1 - ADVERTISING AND SOLICITATION

No person or organization shall post or distribute advertising matter or orally advertise or sell or offer for sale any tickets or service; or solicit within the park areas in connection with things to be sold or provided outside the park. No person or organization shall solicit alms or contributions for any purpose.

No. 2 - DISORDERLY CONDUCT

No person shall disobey any order of a park patrolman, superintendent, caretaker, state trooper, local policeman or constable when such officials are engaged in enforcing State or Local Laws or the Rules and Regulations of this Commission, or use threatening, abusive or insulting language to such officials. No person shall injure, steal or molest park property, do any obscene act, throw stones or missiles, obstruct roads, walks or docks, engage in brawls or fights, annoy or insult other persons, be under the influence of intoxicants, throw or deposit bottles, glass, cans, garbage, refuse or litter in any place except the recep-

363

Generated at Georgetown University on 2023-10-04 15:43 GMT / https://hdl.handle.net/2027/mdp.39015088573188
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

 Digitized by Google

 Original from
UNIVERSITY OF MICHIGAN

2-Add-359

tacles provided for that purpose. No person shall park vehicles in any place except the duly designated parking areas and in accordance with the instructions of the park official in charge, or do any other act that may be a source of danger to park property or annoyance and interference with the public using the parks.

No. 3 - HUNTING AND FIREARMS

No person shall carry or have in his possession any gun, firearms, ammunition or explosives, and no person shall hunt or trap within or from the park area except when especially authorized by the Commission to do so.

No. 4 - FIRE DANGER

No person shall start or maintain a fire except in the fireplaces provided for that purpose or at places especially indicated by the official in charge of the park and all fires shall be continually under the care of a competent person. No person shall allow any fire to injure or destroy any shrub, tree or branches thereof or discard or throw away lighted matches, cigarettes or cigars in such a manner as to create a fire risk of any sort. In addition to the fines or penalties provided for the violation of these Rules and Regulations, any person responsible for fire damage or loss of park property, shall pay to the Commission the full cost of restoring such property to its original condition.

No. 5 - SPORTS

Bathing without proper bathing suits, or undressing or dressing outside of duly provided bath-houses or in public view is prohibited. No camp shall be maintained in any park except under permit obtained from the park caretaker and at such places and for such periods as he may designate.

No. 6 - MEETING

No person or organization shall hold or conduct any meeting involving ceremonies, speeches, religious services, performances or entertainments except after obtaining a permit to do so.

No. 7 - OMNIBUSES, TAXIS AND TRUCKS

No omnibuses, taxis, trucks or peddlers shall operate within property controlled by the Commission except by duly authorized permit and the procedure and conduct of persons operating such vehicles shall at all times be strictly in accordance with the instructions of the park official in charge. The rate of speed for any motor vehicle being operated within the park shall not be such as will endanger the public and in no case in excess of 20 miles per hour.

No. 8 - LOST AND FOUND ARTICLES

Any person finding or taking possession of any personal property of which such person is not the owner, shall deliver the same immediately to the Park Caretaker or to the Headquarters of the Commission at Watertown, N. Y., and losers of property shall apply for restoration of such articles.

 Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

**2-Add-360**



Forestry

# DIGEST OF LAWS

## RELATING TO

## STATE PARKS

### VOLUME II

## MISSOURI - NORTH CAROLINA

Feb 18 1936

## UNITED STATES DEPARTMENT OF THE INTERIOR

### NATIONAL PARK SERVICE

1936

Generated at Georgetown University on 2023-10-04 16:25 GMT / https://hdl.handle.net/2027/mdp.39015068573180
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# N O R T H   C A R O L I N A

## I.   STATE PARKS AND FORESTS.

| | |
|---|---|
| Jurisdiction. | State parks are under the jurisdiction of the Department of Conservation and Development (Acts of 1925). |
| Objects of Department. | The objects of the Department are defined to be, by investigation, recommendation and publication, to aid |
| | In the promotion of the conservation and development of the State's natural resources; |
| | In promoting a more profitable use of lands, forests and waters; |
| | In promoting the development of commerce and industry; |
| | In coordinating existing scientific investigations and other related agencies in formulating and promoting sound policies of conservation and development; and, |
| | To collect and classify the facts as a source of information easily accessible to the public generally, setting forth the natural, economic, industrial and commercial advantages of the State. |
| Board; members; appointment; terms. | The Department is administered by a Board composed of the Governor, as ex-officio Chairman, and twelve members by him appointed, with the advice and consent of the Senate, for six years.  Terms of four members expire biennially. Members are reimbursed actual traveling expenses, and may be paid in addition a per diem of $4 while in attendance on Board meetings (as amended 1927). |
| Director. | The Governor appoints a Director, to be in charge of the work of the Department under the supervision of the Board. Such other personnel as is deemed necessary to carry on the work of the Department is appointed by the Director. |
| Divisions. | Administrative divisions have been established within the Department as follows, each under the immediate jurisdiction of a Commissioner or other State Officer: |

> Division of Forestry
>   Sub-Division of State Forests and State Parks
> Division of Water Resources and Engineering
> Division of Geology and Mineral Resources
> Division of Inland Fisheries
> Division of Commercial Fisheries
> Division of Game

277

Generated at Georgetown University on 2023-10-04 16:25 GMT  /  https://hdl.handle.net/2027/mdp.39015068573188
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
UNIVERSITY OF MICHIGAN

**2-Add-362**

| | |
|---|---|
| Powers and duties of Board. | Powers and duties of the Board are as follows (Acts of 1915, through 1935): |
| Regulate Department. | To control the work of the Department, making such rules and regulations as it may deem advisable to govern the work and duties of employees; |
| Investigate resources. | To make investigations of the natural, industrial and commercial resources of the State, and to take such measures as may be deemed best suited to promote the conservation and development of such resources; |
| Forest maintenance. | To have charge of the work of forest maintenance, forest fire prevention, reforestation, and the protection of lands and water supplies by the preservation of forests; |
| Investigate water supplies. | To make investigations of water supplies and water power, with recommendations and plans for promoting their more profitable use; and to take such measures as it may consider necessary to promote their development; |
| Surveys. | To examine, survey and map the geology, mineralogy and topography of the State, including their industrial and economic utilization; |
| Publish data. | Take such measures as it may deem advisable to obtain and make public a more complete knowledge of the State and its resources; cooperating with other departments and agencies of the State in obtaining such information; also to arrange and classify the facts derived from its investigation so as to provide a general source of information in regard to the State, its advantages and resources; |
| Cooperate with other agencies. | To arrange for and accept aid and cooperation from the United States Government bureaus and other sources as may assist in completing topographic surveys and in carrying out the other objects of the Department; also to cooperate with authorized agencies of the State; |
| Issue publications. | Cause to be prepared for publication reports and statements, with illustrations, maps and other descriptions, which adequately set forth the natural and material resources of the State; |
| Designated as State agency in cooperative matters. | Is delegated as the agency to represent the State in any agreements, negotiations and conferences with authorized agencies of adjoining or other States, or agencies of the Federal Government, relating to the joint administration or |

Generated at Georgetown University on 2023-10-04 16:25 GMT / https://hdl.handle.net/2027/mdp.39015068573180
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google
Digitized by Google
Original from
UNIVERSITY OF MICHIGAN

control over waters passing or flowing from one State to another;

Cooperate with counties, etc.

Is authorized to cooperate with the counties of the State in any surveys to ascertain the natural resources of the county; also with cities and towns, boards of trade and other like civic organizations in examining and locating water supplies, and in advising and recommending plans for other municipal improvements and enterprises;

Investigate waterways, etc.

Is designated as the official agency to investigate and cause investigations of the coasts, ports and waterways of the State, and to cooperate with agencies of the Federal and State governments and other political subdivisions in making such investigations;

Reports to Governor.

Is directed to prepare a report to be submitted by the Governor to each General Assembly, showing the nature and progress of the work and the expenditures of the Department;

Purchase forest and park lands.

Is empowered to purchase lands for State forests, educational, park and protection purposes, using any special appropriations or funds available;

Gifts of land.

May accept gifts, donations or contributions of land suitable for forestry and park purposes;

Acquire land from U. S.

May also accept as gifts to the State such forest and submarginal farm land acquired by the Federal Government as may be suitable for the purpose of creating and maintaining State controlled parks, forests, game refuges, public shooting grounds, lakes and other recreational areas; or to enter into long term leases with the Federal Government for such areas and administer them with such funds as may be secured from their administration in the best interest of long-time public use, supplemented by such necessary appropriations as may be made by the General Assembly;

Sell products; use of revenue.

To sell or dispose of products from such lands, using the revenue for acquisition, development and management purposes until all obligations have been paid in full. Thereafter 50% of all net profits accruing from administration are to be applicable for such purposes as the General Assembly may prescribe, and 50% is to be paid into the school fund to be used in the counties in which lands are located;

Sell or exchange lands.

May sell, exchange or lease lands under its jurisdiction when advantageous to the State to do so in the highest orderly developments and management of parks and forests, and

. 279


Original from
UNIVERSITY OF MICHIGAN

subject to the terms of anv contract which it has entered into;

Rules and regulations. May make reasonable rules for the regulation of the use by the public of all State forests, parks, lakes, game refuges and p blic shooting grounds;

Control of lakes. Is vested with jurisdiction of all State lakes reserved from sale and dedicated for the use and benefit of all the people of the State;

Note: Acts of 1911 provide that White Lake, Black Lake, Waccamaw Lake, and any other lake in Bladen, Columbus or Cumberland counties, containing 500 acres or more, are never to be sold, but are to always be and remain the property of the State for the use and benefit of all the people of the State. Acts of 1929 further provide that all lakes belonging to the State having an area of 50 acres or more are to always be and remain the property of the State for the use and benefit of all the people of the State, to be administered as provided for other recreational areas owned or to be acquired.

Grants to certain area prohibited. The Secretary of State is directed (Acts of 1935) to withhold grants to any and all vacant and unappropriated lands lying within or immediately adjacent to the boundaries of any and all national forest purchase areas; also to lands within or near State parks and forests, and such other areas as the Department may request, to be held for dedication to public use as State parks, forests, game refuges or other recreational areas; also to furnish the Department all available information on such tracts or parcels. The Department may then request the dedication of the lands to the State as parks, forests, game and wildlife refuges, or other type of economic or recreational areas;

Consolidation of publicly-owned parks. Should the Department decide that the lands in question are too small or in other ways unsuitable for administration as State parks and forests, but are more suitable for the consolidation of public owned parks, etc., it may, upon approval of the Governor, direct the Secretary of State to issue a grant for said land to such agency as may have the direction and supervision over such publicly-owned parks, forests, etc. It may also enter into agreements with Federal or other public or private agencies for exchange of such lands for the purposes of consolidation.

Reservation of swamp lands. When it is reported to the State Board of Education, after investigation by the Department, that any part of the lands now known as "swamp lands" should be retained and reserved from sale in the public interest because of the suitability

Generated at Georgetown University on 2023-10-04 16:25 GMT / https://hdl.handle.net/2027/mdp.39015068573180
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google
Digitized by Google
Original from UNIVERSITY OF MICHIGAN

of the waters thereupon for oyster culture, or for game refuge, or for other purposes consistent with public use, the Board, if upon examination it is found that the reservation of the said lands for such purpose is proper and to the public interest, is to reserve the same and make such disposition as will best conserve the public interest, by lease or sale to the Department, as may be thought proper. Such lease or sale may be upon such terms as may be determined upon by the Board of Education; and, further, no lands now belonging to the Board upon which there is any natural oyster bed are to be subject to sale without first giving to the Department an opportunity to investigate and to report to the Board as to whether it is desirable to make a reservation thereof.

II. STATE LAND SURVEY - POLICY AND PROGRAM.

Use of vacant and unappropriated lands.

Acts of 1927 directed the Department to investigate and locate all vacant and unappropriated lands now subject to entry and grant and determine what parcels of land among them seem suitable for State parks, forests, game refuges or shooting grounds, and report the result of their investigation to the Governor, together with their findings thereupon, and such recommendations as to the disposition of the particular parcels of land within the meaning of the Act as they may determine best. If upon such report the Governor should determine that it is to the interest of the State that any particular parcel of such land should be devoted to such purposes, he is directed to recommend to the next succeeding session of the General Assembly the withdrawal of such parcel or parcels of land from entry, and upon publication of such proclamation such parcel or parcels of land are to be devoted to the public purpose designed and specified, under the administration of the Department.

Study of forest and shore lands.

State policy and program.

Acts of 1929 further directed the Department to make a special study of the forest, cutover, open and shore lands of the State, and to report its finding to the Governor and succeeding General Assembly; it being the sense of the General Assembly that such State-owned forest and shore-lands would not only be of great educational and recreational value, but would yield increasing revenue from the sale of timber and use of privileges. The Act formulated and endorsed a policy and program with respect to such lands, both privately and publicly-owned, as follows:

(a) That such lands, as soon as possible, be brought up to and maintained at their highest productive use, for timber or other forest products, for recreation, education, stream protection or other public benefits;

Generated at Georgetown University on 2023-10-04 16:25 GMT / https://hdl.handle.net/2027/mdp.39015068573180
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

(b) That the State should plan to retain, or acquire by gift or purchase, certain lands which might be classed as follows:

1. Forested or cutover land with young growth and some possibilities of production, suitable for State forests, for timber production, for demonstration in forestry methods, and for experiments in forest management. Such areas to be located in the different counties and containing the varied conditions of soil, drainage, climate, cover types and topography necessary for such public uses.

2. Lands suitably located and specially adapted for use as game refuges, public hunting grounds, and other uses contemplated in the game and inland fisheries laws.

3. Lands surrounding the State lakes which are or may be necessary for the proper administration of said lakes for the future protection of the public's interest.

4. Shore or marsh lands bordering the ocean, sounds or rivers specially suitable for wildlife refuges, public hunting grounds, camping or other public purposes.

5. Specially scenic areas containing waterfalls, high mountain peaks, unique forest or other growth, or other areas of outstanding interest or beauty of primary public value.

6. Lands containing unique historic or sentimental value, Indian mounds or early settlement.

III. PUBLIC HUNTING GROUNDS.

In addition to the use of public lands, or lands acquired by gift, as public hunting grounds, the Department is authorized (Acts of 1927, 1935):

Acquire by purchase, condemnation, etc.

To acquire by purchase, condemnation, lease, agreement or devise, and to develop and maintain the same, lands or waters suitable for the protection and propagation of game and for public hunting and trapping;

Exchange.

To consolidate by exchange lands or waters suitable for such purposes;

Reservations.

May also purchase or lease lands from which the ownership of mineral, oil or gas, and the right to mine or drill for the same, have been excepted.

Generated at Georgetown University on 2023-10-04 16:25 GMT / https://hdl.handle.net/2027/mdp.39015068573180
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google
Digitized by Google
Original from UNIVERSITY OF MICHIGAN

Auxiliary public hunting grounds. In order to improve hunting, to open to the public lands well stocked with game, and to give landowners some income through game protection and propagation, the Department is authorized to recognize, list and assist the owners in protecting their lands which are a part of the public hunting grounds under the provisions of the Game Law (Acts of 1935), subject to the following conditions and stipulations, and such rules as the Board may adopt for the regulating of the hunting grounds:

Minimum area. The minimum area recognized is 1,000 acres;

Owners required to organize. Owners of land included in a public hunting ground so formed must organize, adopt rules and regulations for the operation of the hunting grounds, and be recognized by the Department before such hunting grounds are put into operation;

Listing and posting of grounds. The Department will list and assist in advertising such public hunting grounds, subject to its regulations and the State game laws, and will furnish at cost posters to be used in posting such lands. In case of withdrawal of recognition by the Department, the posters are required to be removed from the land affected within ten days after notice;

Licenses required; private fees. Owners of public hunting grounds must require of all hunters the prescribed State hunting license, and may require a per day rate for hunting, to be approved by the Department, and not to exceed $4; and in addition may charge a dog hire when landowners furnish dogs; when any group of owners of a public hunting ground decide to promote the hunting of certain kinds of game, the owners may charge hunting fees approved by the Board;

Regulations. No hunter may quit the hunting grounds without seeing the authority and paying all accounts due; and no person may hunt or discharge firearms upon any such public hunting grounds without being accompanied by an authority, or after securing, on the day of the hunt, or day preceding the hunt, written permission to hunt, such permission to bear the name in full, age and address of the hunter, under penalty of being fined for such offense;

Cancellation. When hunting grounds or any part thereof are used for purposes not consistent with Federal, State and local laws, the Department is required to withdraw recognition from the area or such parts thereof as are deemed advisable and report the case to the civil officials.

IV. GENERAL.

Federal E.C.W. reimbursement. When and if upon the sale of State land or its products the Director determines that the State has derived a direct

Generated at Georgetown University on 2023-10-04 16:25 GMT / https://hdl.handle.net/2027/mdp.39015068573180
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

profit as a result of work done under the Federal Emergency Conservation Work Act, one-half of the profit from the sale of such land, or from the sale of products therefrom, or such lesser amount as may be sufficient, is to be applied to or toward reimbursing the United States for moneys expended by it under such Act to the extent and at the rate of $1 per man per day, but not exceeding in the aggregate $3 per acre (Acts of 1935).

**Taxation.**

State forests are subject to county taxes assessed on the same basis as are private lands.

**Hunting prohibited in certain parks.**

It is declared to be unlawful to hunt, trap, capture, wilfully disturb, or kill any animal or bird of any kind whatever, or take the eggs of any bird within the limits of any park or reservation in that part of the State situated west of the main line of the Southern Railway running from Danville, Virginia, by Greensboro, Salisbury, Charlotte, and Atlanta, Georgia, for the protection, breeding, or keeping of any animals, game or other birds, including buffalo, elk, deer and such other animals or birds as may be kept therein, by any person or persons either in connection with the United States Government, or/and department thereof, or hold or owned by any private person or corporation, without the permission or authority of the owner or manager of such association (Acts of 1921). Nor may any person carry a pistol, revolver or gun in any such park or reservation without first having obtained written permission to do so.

**Rights of way for Federal parkways.**

Acts of 1935 authorize the State Highway and Public Works Commission to acquire all rights of way and easements necessary to comply with the rules and regulations of the United States Government, for the construction of Federal parkways in the State; and to convey such title as acquired to the United States free and clear of all claims for compensation.

V. STATE PLANNING.

The State Planning Board was created by Acts of 1935, and is designated as an advisory agency of the State, under the direction of the Governor.

**Duty.**

The defined duty of the Board is to collect and arrange data concerning various projects in the State that in its opinion may constitute proper and useful projects for development within the scope of the various State or Federal agencies for which funds are now or may hereafter be made available; also to make investigations and to correlate information on all such matters as may be referred to it by the Governor or the various agencies of the State.

Generated at Georgetown University on 2023-10-04 16:25 GMT / https://hdl.handle.net/2027/mdp.39015068573188
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

 Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

**2-Add-369**



Forestry

# DIGEST OF LAWS

RELATING TO

STATE PARKS

VOLUME III

NORTH DAKOTA - WYOMING

TERRITORIES - INSULAR POSSESSIONS

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

XIII.  RULES AND REGULATIONS GOVERNING STATE PARKS UNDER THE
JURISDICTION OF
THE OHIO STATE ARCHAEOLOGICAL AND HISTORICAL SOCIETY.

1.  Above all, visitors to this park are respectfully requested to observe a
reasonable and lawful rule of conduct at all times.  You are urged to treat
this park, and every object therein, as if it were your personal property in
which you take an exceptional pride.

2.  It is a misdemeanor to write or carve your name on or scratch or mar any
tree or object within this park.  You are requested to register properly and
accurately in the register specially provided for that purpose.  Fictitious
registration is forbidden.

3.  It is a misdemeanor to injure or mar trees in any manner.  Branches or
leaves must not be broken off.  Flowers, wild flowers, plants and shrubs must
not be plucked or disturbed.  Hunting or disturbing of the birds, wild animals,
or wildlife of any sort -- except under possible regulatory limitations -- and
then only upon the written permission of the Ohio State Archaeological and His-
torical Society -- is positively forbidden.  It is distinctly understood that
this is a "wildlife sanctuary" -- where wildlife is protected from every angle.

4.  Fishing in any form, including catching of minnows, is prohibited in any
state park under the custody of the Ohio State Archaeological and Historical
Society.

5.  Shooting of firearms of any description or the carrying of firearms, either
loaded or unloaded, in any state park under the control of the Ohio State Archae-
ological and Historical Society, is positively forbidden.

6.  Drivers of vehicles over the roadways within this park must observe a safe
and reasonable speed limit at all times.  The interpretation of the term "safe
and reasonable" will be determined by the superintendent of this park, and in
cases where no superintendent is employed, by the Ohio State Archaeological and
Historical Society; and it may be construed by either to permit some variations
between the control and remote portions of the park and under certain varying
situations and conditions.  In no instance, however, will the maximum speed
limit exceed 20 miles per hour.

7.  Use the outdoor furnaces.  Build no fires on the ground.

8.  Visitors may purchase fuel for the outdoor furnaces in conveniently sized
bundles from the resident superintendent of this park.  Any profits thus accru-
ing will be applied toward providing better accommodations for the visiting pub-
lic.  Visitors may provide their own fuel when they so desire.

9.  All contributions are greatly appreciated and will be used in bettering con-
ditions within the park.

10. Rubbish must be placed in receptacles provided for that purpose.  All litter
and debris must be cleaned up and the grounds left in as neat a condition as
found.

321





Generated at Georgetown University on 2023-10-04 16:27 GMT  /  https://hdl.handle.net/2027/mdp.39015068573032
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

2-Add-371



Forestry

DIGEST OF LAWS

RELATING TO

STATE PARKS

VOLUME III

NORTH DAKOTA - WYOMING

TERRITORIES - INSULAR POSSESSIONS

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

| | |
|---|---|
| Cooperation. | The Board to act jointly with a similar Board of the State of Massachusetts and the two bodies so acting to be known as the Blackstone Valley Authority; |
| Construction, etc. | The Authority to provide for the construction and for the subsequent maintenance and operation of the constructed works by making contracts or agreements with the Federal Government, with the Commonwealth of Massachusetts, the State of Rhode Island, or political subdivisions thereof, or with any duly, legally and responsibly constituted districts or agencies or firms; |
| Reports. | The Authority to report annually to the Federal Government and to the Governors of Massachusetts and Rhode Island, and to make recommendations for the continuance and improvement of benefits contemplated under the Act. |

VI. REPRESENTATIVE RULES AND REGULATIONS.

<div align="center">

State of Rhode Island
B U R L I N G A M E   R E S E R V A T I O N
Charlestown, Rhode Island

Dedicated Forever to the Use and Enjoyment of the People

</div>

To the end that it may fulfill its greatest possible usefulness, all who use it and all who appreciate its value are requested to cooperate with the Division in preserving its attractions by helping to enforce the following RULES and REGULATIONS:

1. No person shall light a fire except in a place designated for that purpose by permit, and for which a fee of fifteen (15) cents has been paid; nor leave burning material at any place. A permit will entitle bearer to one bundle of fireplace wood.

2. No person shall hunt, nor shall any person have in his possession any firearm or any wild animal, bird, bird's egg, or nest, or any device or animal used for hunting.

3. No person shall cut, remove or damage any tree, bush, plant, fence, berry, flower, building or other public property or affix a sign.

4. No person shall leave papers, glass, or any other refuse upon the ground, but will place such papers, glass and refuse in receptacles provided for that purpose.

5. No person shall bathe in waters on the Reservation, except at such places as are designated for such use, and then only in proper costume. Undressing in automobiles is prohibited.



<div align="center">360</div>


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Generated at Georgetown University on 2023-10-04 16:28 GMT  /  https://hdl.handle.net/2027/mdp.39015068573032
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google



UC-NRLF

$C 13 224

# DIGEST OF LAWS

RELATING TO

STATE PARKS

VOLUME III

NORTH DAKOTA – WYOMING

TERRITORIES – INSULAR POSSESSIONS

UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Generated at Georgetown University on 2023-10-04 16:32 GMT / https://hdl.handle.net/2027/uc1.$c13224
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

# VIRGINIA

## I. STATE PARKS.

Jurisdiction.

State parks are under the jurisdiction of the State Commission on Conservation and Development of the Department of Conservation and Development (Acts of 1926).

Members; appointment; terms.

The Commission consists of five members, appointed by the Governor, subject to confirmation by the General Assembly, for four year terms (rotated). One member is designated by the Governor as Chairman; the Commission may elect one of its members as Vice-Chairman; also appoints an executive Secretary and Treasurer. The Chairman is required to devote his full time to the performance of his official duties and receives a salary fixed by statute. The other members are paid traveling and other necessary expenses in attendance upon meetings or while otherwise engaged in the discharge of their official duties; also the sum of $10 a day for each day or portion thereof w le so engaged (as amended 1934).

Powers and duties.

The Commission is vested with the following owers and duties (Acts of 1926, as amended);

Rules and regulations.

To adopt rules and regulations for its own c anization, the proper disposition and administration of ny property to which it may acquire title or over which may have control, and for the conduct of its busines nd the exercise of its powers;

Divisions; Directors.

Note: Administrative divisions have been est lished as follows, each headed by a Director appointed the Commission and confirmed by the Governor:

Division of Parks
" " Forest Service
" " History and Archaeology
" " Geological Survey
" " Publicity and Advertising
" " Water Resources and Power

Acquire areas, lands, etc.

To acquire by gift, purchase, or by eminent do in, areas, properties, lands, or any estate or interest t rein, of scenic beauty, recreational utility, historica interest, remarkable phenomena, or any other unusual fea res, which in its judgment should be acquired, preserved d maintained for the use, observation, education, hea th and pleasure of the people of Virginia.

Limitation.

Such power nd authority of acquisition to be within the limits any appropriation, or of voluntary gifts or contrib ions for such purposes;

Generated at Georgetown University on 2023-10-04 16:32 GMT / https://hdl.handle.net/2027/uc1.$c13224
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google
Digitized by Google
Original from
UNIVERSITY OF CALIFORNIA

Therefore, be it resolved by the House of Delegates (the Senate concurring therein) that the Governor be, and he is hereby authorized to continue the State Planning Board, as it now exists, with the right to change the membership thereof at pleasure, in order to cooperate in aiding to effectuate Virginia's cooperation with the purposes of the National Planning Board.

Under the authority of the above Resolution, the Board appointed by Governor John Garland Pollard (Governor in 1933) was reappointed by Governor George C. Peery (who took office in January, 1934).

VII. EXCERPTS FROM REGULATIONS GOVERNING PARK PERSONNEL.

The Custodian has been instructed to see that the public observes the following rules, which are quoted from rules and regulations for park personnel:

1. Drunkenness will not be tolerated on the park property and persons found guilty of this offense will be requested to leave the park. The Custodian and his assistants will see that this rule is rigidly enforced, but tact must be observed to prevent scenes likely to be objectionable to other visitors.

2. Any breach of the moral codes will be treated in a like manner.

3. Any person or persons who conduct themselves as to constitute a nuisance to other users will be firmly but courteously requested to desist. Should they persist, the Custodian will request them to leave the park.

4. The speed laws must be enforced. Any person driving in the parks to the common danger or under the influence of liquor is to be reported to the proper authorities.

5. Breaches of game laws will be reported to the proper authorities.

6. The carrying and use of fire arms is prohibited.

7. Great care is to be taken that unseemly noise and conduct at night which will affect the comfort of others does not occur.

8. Safety measures and rules governing the same for bathing and boating will be observed and it shall be the duty of the life guard to see that they are enforced and it shall be the duty of the Custodian to see that he does so.

The methods that will be adopted by each custodian will of course vary, and it will be found that in the main the public will observe the regulations that it is necessary to impose if the custodian will instruct his subordinates to avoid the use of the word "don't". It is better to secure the cooperation of the public by courteous explanation and so win their support than to threaten, but should it become necessary to enforce regulations when courteous methods have failed, firmness is expected.

Generated at Georgetown University on 2023-10-04 16:32 GMT / https://hdl.handle.net/2027/uc1.sc13224
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

 Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

2-Add-376

VIII.  LETTER TO PATRONS OF PARK CABINS.

In welcoming you to our park we wish to express our appreciation of your patronage and hope that your stay with us will be a very happy one and upon leaving, it may be with regret.

In making these cabins available to the use of the public at the present rates, the State Commission on Conservation and Development is only able to do so as long as we receive cooperation of the persons using them.  I am sure you will appreciate that maintenance and operating costs are only just covered by the rental which you pay for your cabin.  It is our earnest desire that the enjoyment that we hope you will receive may be also available to others under like conditions. This can only be possible if we are able to keep our operating costs down to a minimum.

We, therefore, ask for your full cooperation in order that not only may we be able to continue to make these cabins available for your pleasure at the present prices, but possibly develop more.

We ask that you aid us by keeping all equipment as clean as possible, and upon leaving that you leave the cabin, china, kitchen utensils, etc. in a clean condition.  Only by so doing shall we be able to continue renting these cabins at this price.

Any additional labor costs that are involved will mean operating at a loss and necessitate an increase in the rental of these cabins.

We are anxious to receive your comments on our parks and appreciate constructive criticism at all times.  Your comments will aid us in our problems.

Sincerely trusting that we may have your cooperation, I am

Yours very truly,

(Signed)    R. E. BURSON
Director of Parks

IX.  INSTRUCTIONS TO PARK VISITORS.

All visitors are expected to observe the following rules in order that the park may be preserved for your enjoyment.  Your admission fee and co-operation will ensure this.

Do not injure or damage any structure, rock, tree, flower, bird or wild animal within the park.

Firearms are prohibited at all times.

Dogs must be kept on leash while in the park.

397

Digitized by Google

There shall be no vending or advertising without permission of the Department of Conservation.

Fires shall be built only in places provided, visitors must put waste in receptacles provided for that purpose.

Motorists will observe speed limits as posted in the park and park in areas designated for parking.

Bathing is limited to such places and times as designated by the Division of Parks.

Drinking water should be taken only from hydrants or fountains provided for that purpose. This water supply is tested regularly for purity.

Please build fires only in designated places and see that cigars or cigarettes are out before they are thrown away.

Break your match before you drop it.

398


Original from
UNIVERSITY OF CALIFORNIA

**2-Add-378**

# FIRST BIENNIAL REPORT

OF THE

# Mississippi
# State Board of Park Supervisors



(See Index Next Page)

**BIENNIUM ENDING JUNE 30, 1939**

Generated at Georgetown University on 2023-10-04 16:58 GMT / https://hdl.handle.net/2027/mdp.39015098051423
Public Domain in the United States, Google-digitized / http://www.hathitrust.org/access_use#pd-us-google

Digitized by 

Original from
UNIVERSITY OF MICHIGAN

**3. All Park Patrons Treated Alike.**

The Board has adopted a policy of treating all park users alike regardless of their position or financial standing. Even individuals employed by the Board are required to pay the standard rate if they desire to use park facilities.

**4. Parks are for Public Use Only.**

The Board has received many requests from individuals who would like to use a portion of the park, placing their own facilities thereon. This method of park use is not considered wise by the Board and it has adopted a policy of owning and operating all facilities included in the park boundary. They are made available for anyone desiring the use of these facilities instead of reserving them for a particular person or organization.

**5. Selection of Park Personnel.**

It has been the policy of the Park Board to select personnel for a particular park from the locality in which the park is located, this being done only after advising with the local sponsors of the park.

In the selection of the Central Office personnel, the Board has attempted to select the best trained personnel available from the state at large. In no instance has it been necessary to hire individuals from outside the State of Mississippi.

This policy, however, does not apply to personnel selected by the National Park Service who are employed in the construction work of the park.

**6. Only One State Agency Should Operate Parks.**

It has come to the attention of the State Board that Government agencies have developed parks similar to state parks and that it is proposed to lease these parks to state agencies other than the State Park Board for operation.

The Board feels that public funds should not be expended by two state agencies in the operation of these parks, but that all should be combined under one management for administration and operation.

## RULES FOR PARK OPERATIONS

Pursuant to the terms and provisions of House Bill No. 858 of the regular session of Nineteen Hundred Thirty-Six, the State Board of Park Supervisors hereby adopts the following rules and regulations, which having been entered in its minutes and published by posting in all parks, shall become the rules governing the occupancy and use of all parks under its supervision:

### SECTION ONE

**Advertising.**

No advertising matter shall be posted, distributed or displayed in any park under the jurisdiction of the State Board of Park Supervisors.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

104          FIRST BIENNIAL REPORT

## SECTION TWO

**Bathing.**

1. No bathing will be allowed in the waters of the parks except at designated places.

2. Bathers must comply with the regulations of the State Board of Health, relative to showers and foot-baths. (A copy of this regulation is posted in all bath houses).

3. Where bath houses are provided for the convenience of park users, it is not permissible for prospective bathers to dress in cars, or in any other pace except the designated bath house.

4. No bathing will be allowed without the protection of a life guard.

## SECTION THREE

**Camping.**

1. Those desiring to camp within the boundaries of any state park must camp at a spot designated by the camp superintendent.

2. Campers must, at all times, avoid practices that will pollute any streams or lakes in the park.

3. Upon leaving a camp ground, the camper is required to see that all garbage and rubbish is gathered, and the camp ground left in neat and presentable condition.

4. While in the act of making a camp or occupying same, campers are forbidden to deface any property of the park, make any excavations, or remove trees or shrubs, without the permission of the park superintendent.

## SECTION FOUR

**Boating.**

1. Private boats may be permitted on the lakes and streams of parks only by special permission from the park superintendent.

2. Parties using a boat must be accompanied by at least one good swimmer, or stay within reach of the life guard provided by the management.

3. The management will designate the total number of persons that may occupy any one boat.

4. Motor boats will be restricted or forbidden, according to the size of the lake or the facilities available.

5. Parties using boats on the lake must not in any way interfere with swimming or fishing, and must observe the rules for that particular lake.

6. Parties renting a boat must return same to the designated pier upon leaving.

## SECTION FIVE

**Care of State Property.**

1. Defacing of buildings, breaking of furniture, scarring or burning trees or shrubs, breaking of branches of flowers, are strictly forbidden. It is understood that in case of accident where furniture or windows are broken, that the party breaking same will pay for repairs before leaving the park.

Generated at Georgetown University on 2023-10-04 16:36 GMT / https://hdl.handle.net/2027/mdp.39015098051423
Public Domain in the United States, Google-digitized / http://www.hathitrust.org/access_use#pd-us-google

 Digitized by Google

 Original from UNIVERSITY OF MICHIGAN

  
STATE BOARD OF PARK SUPERVISORS 105

## SECTION SIX

**Dogs.**

Dogs or other domestic animals are permitted in state parks only on a leash. They will not be allowed to run loose in the grounds.

## SECTION SEVEN

**Drinking of Intoxicating Liquors.**

Public drinking of intoxicating liquors within the state parks of Mississippi is prohibited, and no person, while intoxicated, shall be admitted to, or permitted to remain in the park.

## SECTION EIGHT

**Firearms.**

Firearms of any kind will not be permitted within a park except when carried by a lawful officer.

## SECTION NINE

**Fishing.**

1. Game laws of the State of Mississippi must be strictly observed within the state parks. (Copies of these laws will be found posted within the park).

2. No one person shall take more than 15 fish of any and all species per day from the waters within the park.

3. Special rules that may be enacted relative to closed season and limit of catch must be strictly observed.

## SECTION TEN

**Gambling.**

Gambling is prohibited within the State Parks of Mississippi. Any person violating this rule shall be removed from the boundaries of the park, and otherwise dealt with as provided by law. This provision shall extend to and be applicable to any and all games and devices prohibited by law.

## SECTION ELEVEN

**Picnicking.**

The spreading of lunches or picnicking within the parks of Mississippi is encouraged. But it is necessary for the management to confine picnicking to a specified area. Park users are requested to cooperate with the management by using the picnic grounds developed for that specific purpose.

## SECTION TWELVE

**Protection of Wild Life.**

State parks of Mississippi are sanctuaries for wild life of every sort, and all hunting, or the killing, wounding, pursuing, frightening, capturing, or attempting to capture, in any manner, of any wild birds or animals is prohibited within the limits of the park.

Generated at Georgetown University on 2022-10-04 16:16 GMT / https://hdl.handle.net/2027/mdp.39015086053423 Public Domain in the United States, Google-digitized / http://www.hathitrust.org/access_use#pd-us-google

Digitized by Google

Original from UNIVERSITY OF MICHIGAN

106          **FIRST BIENNIAL REPORT**

## SECTION THIRTEEN

**Parking.**

Parking areas are made available within the parks for public use, and visitors are requested to observe the parking rules of the particular park in which they are visiting. Special attention is invited to the fact that parking in roadways and service roads is not permissible. The grass, shrubs, and trees of the parks must be protected, and those parking automobiles or trucks must exercise care in this respect.

## SECTION FOURTEEN

**Soliciting and Peddling.**

No person shall solicit alms or contribution for any purpose within the park areas. No person shall, without a permit, sell or offer for sale, hire, or lease, or rent out any object of merchandise for sale therein.

## SECTION FIFTEEN

**Overnight Guests.**

1. All guests desiring the use of overnight accommodations must register with the superintendent, giving their resident address.

2. Overnight guests are required to make a deposit with the park superintendent, before occupying the buildings of the park.

3. Before leaving, the equipment and premises must be cleaned up and left in order.

## SECTION SIXTEEN

**Orderly Conduct.**

Park visitors expect other park visitors to conduct themselves orderly, and by so doing, all will enjoy a pleasant outing. The park management must enforce orderly conduct at all times.

## SECTION SEVENTEEN

**Law Observance.**

Any and all actions or practices prohibited by law shall be prohibited in all state parks.

## SECTION EIGHTEEN

**Special Rules.**

It is necessary to enact special rules relative to the opening and closing of park facilities, as well as the use thereof. The using public will be required to observe these special rules after they have been informed thereof by the park management.

## SECTION NINETEEN

**Fire Prevention.**

All persons entering the park for any purpose shall cooperate with the management in preventing fires. It is assumed that park users realize the danger of fire, and they are urgently requested to exercise care in the handling of matches and cigarette butts. No fires may be made except in the open fire places built for that purpose.

Generated at Georgetown University on 2023-10-04 16:16 GMT / https://hdl.handle.net/2027/mdp.39015060953423
Public Domain in the United States, Google-digitized / http://www.hathitrust.org/access_use#pd-us-google

 

Digitized by Google              Original from
UNIVERSITY OF MICHIGAN