No. 23-16164

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,

*Plaintiffs-Appellees*,

v.

ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi,

*Defendant-Appellant*.

On Appeal from the United States District Court for the District of Hawaiʻi
No. 1:23-cv-00265-LEK-WRP, Hon. Leslie E. Kobayashi

## EXCERPTS OF RECORD (INDEX VOLUME)

ANNE E. LOPEZ
   *Attorney General of the State of Hawaiʻi*
KALIKOʻONĀLANI D. FERNANDES
   *Solicitor General*
NICHOLAS M. MCLEAN
   *First Deputy Solicitor General*
STATE OF HAWAIʻI
DEPARTMENT OF THE ATTORNEY GENERAL
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

NEAL KUMAR KATYAL
DANA A. RAPHAEL
   *Special Deputy Attorneys General*
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
(202) 637-5600
neal.katyal@hoganlovells.com

MARY B. MCCORD
RUPA BHATTACHARYYA
SHELBY B. CALAMBOKIDIS
   *Special Deputy Attorneys General*
INSTITUTE FOR CONSTITUTIONAL
   ADVOCACY & PROTECTION
Georgetown University Law Center
600 New Jersey Avenue N.W.
Washington, D.C. 20001
(202) 661-6607
mbm7@georgetown.edu

BEN GIFFORD
   *Special Deputy Attorney General*
INSTITUTE FOR CONSTITUTIONAL
   ADVOCACY & PROTECTION
Georgetown University Law Center
PO Box 211178
Brooklyn, NY 11221
(202) 662-9835
bg720@georgetown.edu

*Attorneys for Defendant Anne E. Lopez, in her official capacity as Attorney General of the State of Hawaiʻi*

# INDEX

| Date | Description | Location in District Court Record | Pages in ER |
|---|---|---|---|
| **VOLUME 1** | | | |
| -- | Caption pages | -- | 1-ER-0001–0002 |
| 09/06/23 | Joint Stipulation to Convert Temporary Restraining Order (TRO) to Preliminary Injunction and to Stay Further Proceedings in the District Court Pending Appeal | ECF No. 80 | 1-ER-0003–0006 |
| 08/08/23 | Order Granting in Part and Denying in Part Plaintiffs' Motion for TRO and Preliminary Injunction | ECF No. 66 | 1-ER-0007–0097 |
| **VOLUME 2** | | | |
| -- | Caption pages | -- | 2-ER-0098–0099 |
| 09/01/23 | Defendant's Reply Memorandum in Support of Motion for Stay Pending Appeal and, in the Alternative, Temporary Administrative Stay; Certificate of Service | ECF Nos. 79, 79-2 | 2-ER-0100–0125 |
| 08/25/23 | Plaintiffs' Opposition to Motion for Stay Pending Appeal and, in the Alternative, Temporary Administrative Stay; Certificate of Service | ECF Nos. 78, 78-1 | 2-ER-0126–0161 |
| 08/11/23 | Defendant's Motion for Stay Pending Appeal and, in the Alternative, Temporary Administrative Stay; Memorandum in Support; Certificate of Service | ECF Nos. 67, 67-1, 67-2 | 2-ER-0162–0192 |
| 07/28/23 | Transcript for Hearing on Plaintiffs' Motion for TRO and Preliminary Injunction | ECF No. 76 | 2-ER-0193–0232 |
| 07/21/23 | Plaintiffs' Reply in Support of Motion for TRO and Preliminary Injunction; Declarations of Clayton Cramer; Maps and Supplemental Declaration of Plaintiff Atom Kasprzycki; Declarations from Maui Businesses; Declarations from Maui Restaurants; Supplemental Declarations from Individual Plaintiffs; Certificate of Service | ECF Nos. 61, 61-1 through 61-6 | 2-ER-0233–0380 |

| | VOLUME 3 | | |
|---|---|---|---|
| -- | Caption pages | -- | 3-ER-0381–0382 |
| 07/14/23 | Defendant's Opposition to Plaintiffs' Motion for TRO and Preliminary Injunction; Declaration of Nicholas M. McLean; Declaration of Saul Cornell and Exhibit; Declaration of Brennan Rivas and Exhibits; Declaration of Terrence Young | ECF Nos. 55, 55-1 through 55-31 | 3-ER-0383–0678 |
| | VOLUME 4 | | |
| -- | Caption pages | -- | 4-ER-0679–0680 |
| 07/14/23 | (Cont'd) Declaration of Patrick McCall; Declaration of Laura H. Thielen; Exhibits to Declaration of Nicolas M. McLean | ECF Nos. 55-32 through 55-55 | 4-ER-0681–0975 |
| | VOLUME 5 | | |
| -- | Caption pages | -- | 5-ER-0976–0977 |
| 07/14/23 | (Cont'd) Exhibits to Declaration of Nicolas M. McLean; Certificate of Service | ECF Nos. 55-56 through 55-79 | 5-ER-0978–1068 |
| 06/23/23 | Plaintiffs' Motion for TRO and Preliminary Injunction; Memorandum in Support; Exhibits; Certificate of Service | ECF Nos. 7, 7-1 through 7-9 | 5-ER-1069–1136 |
| 06/23/23 | Verified Complaint for Declaratory and Injunctive Relief | ECF No. 1 | 5-ER-1137–1207 |
| | VOLUME 6 | | |
| -- | Caption pages | -- | 6-ER-1208–1209 |
| 06/23/23 | (Cont'd) SB 1230; Testimony of Attorney General on SB1230; Sen. Con. Res. 42 (Haw. 2019); Declarations of Plaintiffs Jason Wolford, Alison Wolford, and Atom Kasprzycki; Map of Ace Hardware; Declaration of Andrew Namiki Roberts on Behalf of Plaintiff Hawaii Firearms Coalition; Civil Cover Sheet | ECF Nos. 1-1 through 1-9 | 6-ER-1210–1361 |
| 09/07/23 | Notice of Appeal; Representation Statement; Certificate of Service | ECF Nos. 81, 81-1, 81-2 | 6-ER-1362–1370 |
| -- | District Court Docket Sheet | -- | 6-ER-1371–1387 |