# Kevin O'Grady, Esquire

Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
Phone:  808-521-3367
Facsimile:  808-521-3369
WWW.KevinOGradyLaw.COM

November 6, 2023
Clerk of the Court
**United States Court of Appeals**
**Ninth Circuit**

**RE: Jason Wolford v Anne E. Lopez, No. 23-16164**

PLAINTIFF'S Notice of Supplemental Authority

Pursuant to F.R.A.P. Rule 28 (j), and Circuit Rule 28-6, Mr. Wolford files *Isaacson v. Mayes*, No. 23-15234, 2023 U.S. App. LEXIS 28737 (9th Cir. Oct. 30, 2023), (attached), as supplemental authority. This case supports Mr. Wolford's standing argument located on pages 7-13 of his Answering Brief.

Respectfully,

Kevin O'Grady, Esq.