# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| <u>alan.alexander.beck@gmail.com</u>

November 21, 2023

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

    **Re:** 23-16164 *Jason Wolford, et al v. Anne Lopez*

Dear Ms. Dwyer:

    I write this Court to inform it of the recently released decision in *Md. Shall Issue, Inc. v. Moore,* No. 21-2017 (4th Cir., Nov. 21, 2023) (attached). There, the 4th Circuit found Maryland's handgun qualification license requirements violate the Second Amendment.

    This opinion supports Plaintiffs challenge to Hawaii's sensitive places laws because Hawaii relies on colonial militia laws to justify their laws. Opening Brief at 29-30. Maryland also relied on colonial militia laws to justify its handgun qualification license law. The 4th Circuit rejected this comparison and found "militia-training laws are not a valid historical analogue justifying Maryland's law." *Id* at *19. "And, because they imposed a different burden, the militia-training laws are not "relevantly similar" to Maryland's law." *Id*. This Court should similarly reject Hawaii's use of militia laws to justify its sensitive places scheme. Those colonial laws simply are not relevantly similar to Hawaii's sensitive places laws.

    Yours very truly,

                                                    <u>/s/ Alan Beck</u>
                                                    Alan Beck

# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| <u>alan.alexander.beck@gmail.com</u>

CERTIFICATE OF SERVICE

On this, the 21st day of November 2023, I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 152 words as calculated by Microsoft Office 365. I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 21st day of November 2023

s/ Alan Beck