# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

December 6, 2023

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

    **Re:** 23-16164 *Jason Wolford, et al v. Anne Lopez*

Dear Ms. Dwyer:

    I write this Court to inform it of two recently released decisions. In *James Springer v. Michelle Lujan et. al.* 1:23-cv-00781 KWR/LF (D. N. M.) (Dec. 5, 2023) (attached) a district court in New Mexico found that the governor's ban on the carrying firearms in parks violates the Second Amendment. This supports Plaintiffs case because Hawaii has a similar ban on carrying in parks. Furthermore, Hawaii's strongly relies on *Md. Shall Issue, Inc. v. Montgomery Cty.*, Civil Action No. TDC-21-1736, 2023 U.S. Dist. LEXIS 117902 (D. Md. July 6, 2023) to defend its park ban. The *Springer* Court strongly refuted the analysis of that case. Moreover, in *Maryland Shall Issue et. al. v. Montgomery County,* No. 485899-V (Md. Cir Ct. Nov. 27, 2023) (attached) the underlying county ordinances at issue in the federal case were found to be illegally passed by the county because they are preempted by State law. That drains the persuasive value of *Md. Shall Issue*. For the reasons laid out in the briefing and in this letter, this Court should uphold the trial court's well-reasoned opinion.

    Yours very truly,

                                             /s/ Alan Beck
                                             Alan Beck

# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

## CERTIFICATE OF SERVICE

On this, the 6th day of December 2023, I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 180 words as calculated by Microsoft Office 365.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 6th day of December 2023

s/ Alan Beck