UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-16164

**Case Name** Wolford v. Lopez

**Hearing Location** (*city*) San Francisco

**Your Name** Neal Kumar Katyal

List the sitting dates for the two sitting months you were asked to review:

April 1-5
April 8-12
May 13-17

Do you have an unresolvable conflict on any of the above dates? ● Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

April 1-5 due to international travel; May 16-17 due to speaking engagement at conference

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/ Neal Kumar Katyal     **Date** 12/07/2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**     *New 12/01/2018*