# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

December 12, 2023

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA  94103

    **Re:** 23-16164 *Jason Wolford, et al v. Anne Lopez*

Dear Ms. Dwyer:

    I write this Court to inform it of the Second Circuit's opinion in *Antonyuk v. Chiumento*, Nos. 22-2908 (L), 22-2972 (Con), 22-2933, 22-2987, 22-3237, 2023 U.S. App. LEXIS 32492 (2d Cir. Dec. 8, 2023) (attached). There, the Second Circuit ruled on the constitutionality of several provisions of New York firearms law and found N.Y. Penal L. § 265.01-d. which is New York's equivalent to HRS §134-E unconstitutional.  The Second Circuit found that the plaintiffs had standing because "although the State contends that this injury is not traceable to the State (and thus not redressable) because Plaintiffs' exclusion occurs due to a decision by a third-party to deny consent, that argument ignores the provision's criminally enforceable presumption against carriage." *Id* at *226. "Accordingly, Plaintiffs have standing to challenge § 265.01-d as violating the Second Amendment." *Id.* The Second Circuit then found § 265.01-d violated the Second Amendment because "the State's analogues fail to establish a National tradition motivated by a similar "how" or "why" of regulating firearms in property open to the public in the manner attempted by § 265.01-d." *Id* at *240. Thus, *Antonyuk* strongly supports Plaintiffs' challenge to HRS §134-E. *See* Answering Brief 48-52.

    *Antonyuk* also supports Plaintiffs' challenge to Hawaii's ban on carry in parks and beaches. Answering Brief at 40-47. While the Second Circuit did uphold a challenge to urban parks, it strongly suggested it is unconstitutional to ban carry in rural parks. "Rural parks do not as neatly resemble quintessential public squares in that they are not primarily designed for peaceable assembly." *Id* at *184. "As opposed to fairs, markets, or the new, urban parks of the mid-19th century, *i.e.*, quintessential and often-crowded public spaces, the more proper analogue for rural parks based on the record before us appears to be "commons" and "wilderness areas." *Id.* Many of the parks and beaches Plaintiffs wish to carry are rural in

# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

nature. 5-ER-1179- 5-ER-1197. *See also* 2-ER-0377. Therefore, *Antonyuk* supports Plaintiffs' challenge to HRS §134-A(a)(9) as applied to those locations.

    Yours very truly,

                                  /s/ Alan Beck
                                  Alan Beck

# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

### CERTIFICATE OF SERVICE

On this, the 12th day of December 2023, I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 332 words as calculated by Microsoft Office 365. I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 12th day of December 2023

s/ Alan Beck