# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| <u>alan.alexander.beck@gmail.com</u>

December 23, 2023

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

    **Re:** 23-16164 *Jason Wolford, et al v. Anne Lopez*

Dear Ms. Dwyer:

    I write this Court to inform it of the opinion in *Reno May et al. v. Rob Bonta et. al.* 8:23-cv-01696-CJC-ADS (C.D. Cal.) (Dec. 20, 2023) (attached). *May* deals with the constitutionality of California Senate Bill 2 which limits the public places where people with concealed carry permits may carry their handguns to defend themselves and their families. This bill has many parallels to the laws at issue in this litigation. The *May* Court entered a preliminary injunction against many of these restrictions. They are;

1. Hospitals, mental health facilities, nursing homes, medical offices, urgent care facilities, and other places where medical services are customarily provided,
2. Public transportation,
3. Establishments where intoxicating liquor is sold for consumption on the premises,
4. Public gatherings and special events,
5. Playgrounds and private youth centers,
6. Parks and athletic facilities,
7. Department of Parks and Recreation and Department of Fish and Wildlife property, except hunting areas
8. Casinos and gambling establishments,
9. Stadiums and arenas,
10. Public libraries,
11. Amusement parks,
12. Zoos and museums,
13. Churches, synagogues, mosques, and other places of worship,
14. Financial institutions, and

# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

15. Any other privately owned commercial establishment that is open to the public, unless the operator clearly and conspicuously posts a sign indicating that license holders are permitted to carry firearms on the property.
16. Certain parking lots.

Many of the locations which the *May* Court entered a preliminary injunction against are at issue in this litigation. Therefore, *May* is highly supportive of Plaintiffs' case. It is important to note that the signage requirement at issue in both this case and *May* has now been found to be unconstitutional in every state which has enacted it.

Yours very truly,

/s/ Alan Beck
Alan Beck

# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

CERTIFICATE OF SERVICE

On this, the 23rd day of December 2023, I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 282 words as calculated by Microsoft Office 365.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 23rd day of December 2023

s/ Alan Beck