**INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION**
**GEORGETOWN UNIVERSITY LAW CENTER**

January 11, 2024

**VIA CM/ECF**

Molly C. Dwyer, Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
The James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

Re: *Jason Wolford, et al v. Anne Lopez*, Case No. 23-16164

Dear Ms. Dwyer:

    The State writes to inform the Court that on January 6, 2024, the merits panel in *Carralero v. Bonta*, No. 23-4354, and *May v. Bonta*, No. 23-4356, entered an order dissolving the stay previously entered by the motions panel. A copy of the merits panel's order is attached.

                               Very truly yours,

                               */s/ Ben Gifford*
                               Ben Gifford
                                 *Special Deputy Attorney General*
                               Institute for Constitutional
                                  Advocacy & Protection
                               Georgetown University Law Center
                               PO Box 211178
                               Brooklyn, NY 11221
                               Tel: 202-662-9835
                               bg720@georgetown.edu

                               *Attorney for Defendant Anne E. Lopez,*
                               *in her official capacity as the*
                               *Attorney General of the State of*
                               *Hawaiʻi*

Cc: Counsel of record (via CM/ECF)