UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 09 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JASON WOLFORD; et al.,

        Plaintiffs - Appellees,

v.

ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii,

        Defendant - Appellant.

No. 23-16164

D.C. No. 1:23-cv-00265-LEK-WRP
U.S. District Court for Hawaii, Honolulu

**ORDER**

The amicus brief submitted on November 9, 2023 by Angus Kirk McClellan, Center for Human Liberty, Firearms Policy Coalition, Inc., FPC Action Foundation, Citizens Committee for the Right to Keep and Bear Arms and California Gun Rights Foundation is filed. No additional paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT