UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

APR 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JASON WOLFORD; et al.,<br><br>    Plaintiffs-Appellees,<br><br> v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii,<br><br>    Defendant-Appellant. | No.   23-16164<br><br>D.C. No.<br>1:23-cv-00265-LEK-WRP<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

The time allotted for oral argument in this case is reduced to 20 minutes per side.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT