| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 21 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JASON WOLFORD; et al.,<br><br>    Plaintiffs-Appellees,<br><br> v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii,<br><br>    Defendant-Appellant. | No.   23-16164<br><br>D.C. No. 1:23-cv-00265-LEK-WRP<br>District of Hawaii, Honolulu<br><br>ORDER |

Before: SCHROEDER, GRABER, and SUNG, Circuit Judges.

The parties are directed to file simultaneous supplemental briefs addressing the effect, if any, of the Supreme Court's decision in <u>United States v. Rahimi</u>, No. 22-915, 2024 WL 3074728 (U.S. June 21, 2024), on the issues in this case. The supplemental briefs shall be filed within 21 days of the filing date of this order, and they shall not exceed 15 pages.