# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

July 4, 2024

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

**Re:** 23-16164 *Jason Wolford, et al v. Anne Lopez*

Dear Ms. Dwyer:

I write this Court to inform it of the U.S. Supreme Court's decision in *Antonyuk v. James,* No. 23-910, 2024 WL 3259671 (U.S. July 2, 2024) (attached). There the Supreme Court ruled the Second Circuit's decision in *Antonyuk v. Chiumento*, 89 F.4th 271 (2d Cir. 2023) is "vacated, and the case is remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of *United States v. Rahimi,* 602 U. S. —— (2024)." *Id* at *1. This decision is relevant to this Court's decision making because the Second Circuit's decision in *Antonyuk* is no longer precedent within the Second Circuit and should no longer be considered persuasive authority by this Court.

Yours very truly,

/s/ Alan Beck
Alan Beck

# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

<u>CERTIFICATE OF SERVICE</u>

    I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 116 words as calculated by Microsoft Office 365. I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 4th day of July 2024

<u>s/ Alan Beck</u>