# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

July 17, 2024

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

    **Re:** 23-16164 *Jason Wolford, et al v. Anne Lopez*

Dear Ms. Dwyer:

    I write this Court to inform it of the U.S. Supreme Court's decision in *Worth v. Jacobson*, No. 23-2248, 2024 WL 3419668 (8th Cir. July 16, 2024). The 8th Circuit struck down Minnesota's ban on young adults between the ages of 18-20 carrying firearms as violative of the Second Amendment. This opinion strongly supports Plaintiffs' position.

    First, the 8th Circuit indicated that it believed that the correct historical timeframe for historical analysis is the time of the Founding. While it did review several Reconstruction Era statutes, it prefaced its analysis with "it is questionable whether the Reconstruction-era sources have much weight." *Id* at *12. And dismissed the reviewed laws because "these laws have 'serious flaws even beyond their temporal distance from the founding.'" *Id* at *13. The Court later evinced skepticism that a law enacted 60 years after the founding was relevant. *Id* at *12. This supports Plaintiffs' position that the State must use laws from the Founding to justify its laws.

    *Worth* also demonstrates the proper methodology to review Founding Era Sources. The 8th Circuit reviewed three Founding Era municipal laws and found that two laws which "fine anyone who discharges a weapon within the city, increasing the fines (or allowing seizure of weapon in Columbia) for minors" and one that "prohibited the sale of gunpowder (but not firearms) to minors in Louisville and is also not a founding-era source (enacted more than 60 years after 1791)" were not relevantly similar to the young adult carry ban. *Id* at *12. This supports Plaintiffs' position that Hawaii's historical laws are not relevantly similar to the challenged laws. *E.g.* Hawaii relies on laws which it claims banned carrying firearms in markets and fairs to justify its ban on carrying firearms in banks. And it relies on laws which banned the carrying of firearms when intoxicated to justify its

# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

ban on carrying firearms even when sober in restaurants and bars that serve alcohol. Pursuant to *Worth*, those laws are simply not relevantly similar.

    Yours very truly,

                                         /s/ Alan Beck
                                         Alan Beck

# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

CERTIFICATE OF SERVICE

    I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 331 words as calculated by Microsoft Office 365. I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 17th day of July 2024

s/ Alan Beck