FILED

OCT 8 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JASON WOLFORD; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii,<br><br>        Defendant-Appellant. | No.   23-16164<br><br>D.C. No.<br>1:23-cv-00265-LEK-WRP<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: SCHROEDER, GRABER, and SUNG, Circuit Judges.

Appellant is directed to file a response to Appellees' petition for rehearing and petition for rehearing en banc, Docket No. 105, filed September 17, 2024. The response shall not exceed 15 pages and shall be filed within 21 days of the date of this order.