# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

October 25, 2024

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

**Re:** 23-16164 *Jason Wolford, et al v. Anne Lopez*

Dear Ms. Dwyer:

I write this Court to inform it of a recently released opinion. The Second Circuit has released a new iteration of *Antonyuk* post-*Rahimi*. In *Antonyuk v. James,* 22-2908(L), 22-2972(Con) (2d. Cir. October 24, 2024) (attached), the Second Circuit once again found that New York's private property default rule violates the Second Amendment as applied to private property open to the public. The Second Circuit found;

"In sum, the State's analogues fail to establish a national tradition motivated by a similar "how" or "why" of regulating firearms in property open to the public in the manner attempted by § 265.01-d. Accordingly, the State has not carried its burden under *Bruen*." *Id* at *243.

In doing so, the Second Circuit reviewed largely the same historical materials which the panel opinion had before it including the 1771 New Jersey law and the 1865 Louisiana law which the panel used to justify its opinion. *Id* at *238-242. The Second Circuit found that "none of the State's proffered analogues burdened Second Amendment rights in the same way as § 265.01-d. All of the State's analogues appear to, by their own terms, have created a default presumption against carriage only on private lands not open to the public." *Id* at *241.

*Antonyuk* reaffirms that there is a circuit split on the constitutionality of default rules such as Hawaii's. Thus, it strengthens Plaintiffs' position that their pending petition for rehearing or rehearing en banc satisfies F.R.A.P. 35(b)(1)(B)'s criteria for granting rehearing en banc. For the reasons laid out in the petition and here, Plaintiffs once again respectfully request that their petition be granted.

# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

Yours very truly,

/s/ Alan Beck
Alan Beck

# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

**CERTIFICATE OF SERVICE**

    I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 266 words as calculated by Microsoft Office 365. I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 25th day of October 2024

s/ Alan Beck