
UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JASON WOLFORD; et al.,<br><br>    Plaintiffs-Appellees,<br><br> v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii,<br><br>    Defendant-Appellant. | No. 23-16164<br><br>D.C. No.<br>1:23-cv-00265-LEK-WRP<br>District of Hawaii,<br>Honolulu<br><br><br>ORDER |

Before: SCHROEDER, GRABER, and SUNG, Circuit Judges.

 Appellees' motion to stay the mandate, Docket No. 112, is GRANTED.