FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JASON WOLFORD; et al., | No. 23-16164 |
| Plaintiffs-Appellees, | D.C. No. 1:23-cv-00265-LEK-WRP |
| v. | District of Hawaii, Honolulu |
| ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii, | ORDER |
| Defendant-Appellant. | |

Before: SCHROEDER, GRABER, and SUNG, Circuit Judges.

The order filed January 16, 2025, is vacated and this order is filed in its place. Appellees' motion to stay the mandate, Docket No. 112, is GRANTED. The mandate is stayed for ninety (90) days from the date this order is filed. If, within that period, the Clerk of the Supreme Court advises the Clerk of this Court that a petition for certiorari has been filed, then the mandate shall be further stayed until final disposition of the matter by the Supreme Court.