# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 3, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Jason Wolford, et al.
          v. Anne E. Lopez, Attorney General of Hawaii
          No. 24-1046
          (Your No. 23-16164)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is granted limited to Question 1 presented by the petition.

Sincerely,

**Scott S. Harris**, Clerk